# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER LM SENDZUL <br><br> **PLAINTIFF(S)** <br><br> v. <br><br> JAY C HOAG , et al. <br><br> **DEFENDANT(S).** | CASE NUMBER: <br><br> 2:21–cv–06894–RGK–KS <br><br><br> **NOTICE TO COUNSEL RE: COPYRIGHT, PATENT, AND TRADEMARK REPORTING REQUIREMENTS** |

TO:     COUNSEL OF RECORD and PRO SE LITIGANTS:

Pursuant to Local Rule 3–1 of this court, in all cases where jurisdiction is invoked in whole or in part under 28 U. S. C. Section 1338 (regarding patents, plant variety protection, copyrights and trademarks), counsel shall, at the time of filing of the complaint, provide the Clerk with an original and two (2) copies of the required notice (AO 120) to the Patent and Trademark Office in patent, plant variety protection and trademark matters and / or an original and two (2) copies of the required notice (AO 121) in copyright matters.

   **Pro Se Litigants**: Please complete the enclosed form(s) and return to: Clerk, U.S. District Court, ATTN: Civil New Actions, at the following address within ten (10) days:

Western Division  
312 N. Spring Street, Rm. G–8  
Los Angeles, CA 90012

Clerk, U.S. District Court

 August 27, 2021      By  /s/ *Geneva Hunt*  
    Date            Deputy Clerk

**Note: Please refer to the Court's Internet website at www.cacd.uscourts.gov for local rules and applicable forms.**

CV–31 (08/13)        NOTICE TO COUNSEL RE: COPYRIGHT, PATENT, AND TRADEMARK REPORTING REQUIREMENTS