# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jennifer L M Sendzul,<br><br>PLAINTIFF(S)<br><br>v.<br><br>Jay C Hoag et al,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>2:21-cv-06894-RGK-KS<br><br>**RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

In accordance with the Notice to Filer Of Deficiencies In Electronically Filed Documents

**REGARDING:**

| 8/17/2021 | 1 | COMPLAINT-SUMMONS- (Nos. 2 through 13) |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**IT IS HEREBY ORDERED:**

☐ The document is accepted as filed
☐ The document is stricken and counsel is ordered to file an amended or corrected document by _____ .
☐ The hearing date has been rescheduled to _____ at _____
☑ Other

> The summons forms (#2 through 13-attached to the complaint) regarding the Defendants named in the Complaint [Docket No. 1], incorrectly list the District as (WESTERN). The correct District is (CENTRAL). Please correct/revise ALL of the previous submitted summons, and re-file all of the summons for review.

Clerk, U.S. District Court

Dated: September 23, 2021    By: Gay Roberson- (213) 894-3922
                                 Deputy Clerk

cc: Assigned District Judge and/or Magistrate Judge