AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Central District of California ▼

| | |
|---|---|
| Jennifer L M Sendzul | ) |
| | ) |
| | ) |
| | ) |
| _Plaintiff(s)_ | ) |
| v. | ) |
| Jay C Hoag;  Knights Capital 111 LLC., a California Limited Liability Company;  Michaela Hoag;  Laurie K Lacob;  Bradford S Hennig;  Nina Henderson Moore;  (See Attachment #1) | ) |
| _Defendant(s)_ | ) |

Civil Action No. 2:21-cv-06894-RGK-KS

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

> Jay C Hoag,
> 885 Hamilton Ave,
> Palo Alto.
> CA 94301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Jennifer L M Sendzul
> CG 3, Av De La Cortinada 6,
> Edifici Claudia 2-3a,
> Ordino. AD300
> ANDORRA

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

_g. schweiner_

Date:   October 12, 2021

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:21-cv-06894-RGK-KS

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

ATTACHMENT # 1

Jay C Hoag,

885 Hamilton Ave,

Palo Alto. CA 94301


Michaela Hoag,

885 Hamilton Ave,

Palo Alto. CA 94301


Knights Capital 111 LLC., a California Limited Liability Company.

2475 Hanover Street, STE 100,

Palo Alto. CA 94306


Laurie K Lacob

4 Cedar Lane,

Woodside. CA 94062


Bradford S Hennig

4384 Cesar Chavez ST,

San Francisco. CA 94131


Nina Henderson Moore

15826 W Bayaud Drive,

Golden, CO 80401


Netflix Inc. a Delaware Corporation. (authorised to transact business in the State of CA)

100 Winchester Cir,

Los Gatos, CA 95032

Netflix Streaming Services Inc. a Delaware Corporation. (authorised to transact business in the State of CA)

100 Winchester Cir,

Los Gatos, CA 95032


Vertical Entertainment LLC., a California Limited Liability Company.

Colorado Center, 2500 Broadway Suite, F-125,

Santa Monica. CA 90404


Amazon .Com, Inc. a Delaware Corporation (principal place of business Seattle,WA)

410 Terry Avenue,

Seattle, WA 98109


Amazon Digital Services LLC. a Delaware Limited Liability Company (principal place of business Seattle,WA)

410 Terry Avenue,

Seattle, WA 98109


Kathy Griffin

6329 Zumirez Dr,

Malibu. CA 90265


Daryl Hannah

Agent\Representative: Mr W Paul Schuck

One Embarcadero Center, Suite 800,

San Francisco. CA 94111


Brooke C Shields

Agent\Representative: Mr Alex Weingarten

2029 Century Park E, STE 400,

Los Angeles. CA 90067

Virginia Madsen

Agent: Don Buchwald & Associates

5900 Wilshire BLVD, #3100

Los Angeles, CA 90036

1  Jennifer LM Sendzul

2  oortcloudfilms@gmail.com

3  CG 3, Av De La Cortinada, 6., Edifici Claudia 2-3a.,

4   Ordino. AD300. ANDORRA.

5  Telephone: (+376) 642300

6  Plaintiff in Pro Se

7              **UNITED STATES DISTRICT COURT**

8              **CENTRAL DISTRICT OF CALIFORNIA**

9

10

11   JENNIFER LM SENDZUL, independent          Case No.:  2:21-cv-06894-RGK-KS

12   screenplay writer,

13              Plaintiff                       **COMPLAINT FOR DAMAGES FOR:**

14              vs.                             **1. COPYRIGHT INFRINGEMENT**

15  JAY C HOAG, an individual; KNIGHTS         **(SCREENPLAY);**

16  CAPITAL 111 LLC., is a California Limited  **2. CONTRIBUTORY COPYRIGHT**

17  Liability Company; MICHAELA HOAG           **INFRINGEMENT;**

18  an individual;  LAURIE K LACOB an          **3. VICARIOUS     COPYRIGHT**

19  individual; BRADFORD S HENNIG an           **INFRINGEMENT;**

20  individual; NINA HENDERSON MOORE an        **4.  DECLARATORY RELIEF.**

21  individual;  NETFLIX INC., is a Delaware

22  corporation; NETFLIX STREAMING

23  SERVICES INC., is a Delaware Corporation

24  VERTICAL ENTERTAINMENT LLC., is a

25  California Limited Liability Company.,

26   AMAZON .COM  INC ., is a Delaware

27   corporation;  AMAZON DIGITAL

28  SERVICES LLC., is a  Delaware Limited

Liability Company;

1

1   KATHY GRIFFIN an individual;

2   DARYL HANNAH an individual;

3   BROOKE C SHIELDS an individual;

5   VIRGINIA MADSEN an individual;

6          Defendants.

7

8

9   **PREAMBLE**

10

11      Firstly, I would like to thank the United States District courts for allowing

12   me to present my case directly to a district court. Up until two months ago I

13   was unaware that this was an option.

14      Secondly, I would like to inform the court that multiple attempts -

15   amicable and conciliatory - were effected to resolve this dispute including

16   Cross Border WIPO request for mediation [see Exhibit 1] all of which have

17   been ignored. I set these out in the main body of my argument below.

18

19   **PLAINTIFF REQUEST**

20      I, Jennifer LM SENDZUL the plaintiff hereby request a trial by jury and

21   set out in the following allegations against Defendants JAY C HOAG,

22   KNIGHTS CAPITAL 111 LLC, MICHAELA M HOAG, LAURIE K LACOB,

23   BRADFORD S  HENNIG, NINA HENDERSON MOORE , NETFLIX INC.,

24   NETFLIX STREAMING SERVICES INC., VERTICAL ENTERTAINMENT

25   LLC.,  AMAZON .COM, INC., AMAZON DIGITAL SERVICES LLC.,

26   KATHY GRIFFIN, BROOKE SHIELDS, DARYL HANNAH and VIRGINIA

27   MADSEN and each as follows.

28

COMPLAINT FOR DAMAGES

## **NATURE OF ACTION**

1. This action is for copyright infringement with intent and malice of the screenplay *What Men Want And What Women Are Prepared To Give* arising from Defendant's combined exploitation of a "woman's voice" as depicted in my screenplay.  I, Jennifer L M Sendzul am the writer of the original screenplay duly registered with the Writers Guild Of America West. [Exibit 2]

2. Defendants have blatantly infringed upon the above mentioned original screenplay through extraction of numerous protectable elements, including plot, sequence, characters, theme, mood and setting and rearranged these into a resultant motion picture known as *The Hot Flashes*.

3. Since 2006 I have constantly graded screenplays, submitting completed works on the Zoetrope website. Zoetrope is an interactive platform created by Francis Ford Coppola for aspirant screenplay authors whereby a writer is granted pro rata access to the community. For successive submissions, a writer is required to read and review four screenplay's of other artists' works.

4. My screenplay *What Men Want And What Women Are Prepared To Give* was the second submission from my portfolio submitted in September, 2008. In other words, I critiqued eight full length screenplays and had my work read and reviewed by numerous other writers on the Zoetrope website.

5. In and around 2009, I submitted my screenplay via *Withoutabox's* online facility to WildSound Film Festival. I received positive feedback from WildSound that my screenplay had 'caused a stir', prompting a re-edit request. Notably, and shortly afterwards, I was called by a man identified only as a producer.

6. I was taken aback by this contact since the caller never disclosed who he was representing and also my correspondence was limited to WildSound. Furthermore, and of particular relevance, my personal contact details appear only on my title page which was known exclusively to WildSound and to members registered on the Zoetrope platform.

7.   On reflection, it is apparent that the purpose of this unsolicited call was to assess if I would be sufficiently astute to detect potential unauthorized commercialization of my original screenplay read out at the Festival.

8.   Notably, when WildSound abruptly ceased communication without due saturation of the initial attraction and interest, I heard nothing further again from this producer.

9.   I continued researching and building my film portfolio never encountering any such security issues with Zoetrope platform.  It is no small coincidence that post WildSound, despite the absence of overt follow-through, the initial buzz generated at the Festival never went away. I believe Defendants shared the copyrighted screenplay as early as 2010, initially by extraction of a public "*Pap Smear*" sketch by Kathy Griffin for Bravo (TV), an NBC Universal subsidiary, and then later in 2012 with the production of *The Hot Flashes* movie using the remainder of the subject matter, thereby infringing on my exclusive rights in and to the protected works.

10.   In and around 2011/12 browsing online, I came across the "*Pap Smear'* sketch. I recognized it to be strikingly similar to my original screenplay. At this stage I was unaware of the circumstances that emerged only recently.

11.   There are substantial similarities between  the copyrighted screenplay *What Men Want And What Women Are Prepared To Give* and the Kathy Griffin sketch on the one hand, and the motion picture production the *Hot Flashes* on the other hand, in terms of plot, sequence of events, theme, characters, setting, mood, pace and dialogue.

12.   When the Defendants realized they were producing a derivative work based on my Copyrighted Works, or were at least incorporating protected elements from my screenplay, they were obligated to obtain a license from myself, the sole owner of *What Men Want And What Women Are Prepared To Give* Copyrighted Works, and to give me credit as the author.

13.   I later  gleaned that women's health issues had become a topical and lucrative subject for filmmakers and that named Defendants were positioning  to monetize the opportunity which my script represented to them.

14.   My screenplay *What Men Want And What Women Are Prepared To Give* is a narration of a woman experiencing the *onset of menopause* and the procedures women endure as they age and become susceptible to issues such as breast and cervical cancer and the early detection thereof.

15.   The premise of my story is that men don't always understand these transitory changes brought on by menopause and as such the title plays on the growing chasm between the sexes' physiological needs and reality.

16.   It was the creative expression of this correlation between menopause and women at a stage in life, embodied in my screenplay, which when read out at the  Festival, resonated with the Defendants who began circulating my protected works within their group.

16.   Following the Festival, this script remained integral to my portfolio being actively promoted on various platforms including on social media.

17.   In and around 2019 various feedback I had received after a read of my screenplay was that it appeared to be strikingly similar to *The Hot Flashes* motion picture directed by Susan Seidelman (February 2012),  prompting an investigation into this assertion.

18.   My initial research was hampered by opacity and layers created around how the film came into being. This, I later discovered, is typical of and central to copyright infringement (particularly so when it is with intent).

19.   I was able to reconstruct events by starting at the end point, namely streaming rights which is empirical, public data key to the economics of a film's production. Thereafter, an audit trail of associated documents from public registers culminating in an organizational chart and timeline of events.

20.   With that in place, I was able to isolate and identity each Defendant's direct and contributory role and financial benefit derived from my copyrighted works.

21.   Since December 2019, I have made every possible effort to contact the Defendants, including via the actresses' social media websites and by writing directly to the cast members, as well as the alleged author.

22.   I received a response from Netflix. However, it was inaccurate and patently misleading. The alleged author replied three months after receiving my correspondence. He provided a falsified copyright certificate then proceeded to deregister the Hot Flashes LLC. [Exhibit 3]

23.   As a final conciliatory gesture, I invited Defendants to participate in mediation using the WIPO alternative dispute resolution process. Netflix declined while the rest of the Defendants did nothing necessitating the filing of this action to vindicate my rights and to prevent Defendants from exploiting those rights without just compensation and due creative credit.

### THE PARTIES

24.   Plaintiff, Jennifer L M Sendzul, (hereafter, "Plaintiff") an individual residing in the Principality of Andorra and the author of *What Men Want And What Women Are Prepared  To Give*  copyrighted screenplay. Plaintiff has a portfolio of three full screenplays and several active projects at various stages of development. Plaintiff completed the following cinematographic tertiary level courses; *Digital Storytelling* - University of Birmingham, *The business of film* - The Open University, *Antiquities trafficking and Art crime* - University of Glasgow between 2014-2017 as skills development.

25.   Upon information, Defendant JAY C HOAG (hereafter, "J C Hoag" ) is, and at all times mentioned  herein was, an individual residing in the County of Santa Clara, State of  California.

26.   Upon information, Defendant MICHAELA HOAG (hereafter, "M. Hoag") is, and at all times mentioned herein was, an individual residing in the County of Santa Clara, State of California.

27.   Upon information, Defendant KNIGHTS CAPITAL 111, LLC.

(hereafter, "KC") is and at all times mentioned herein was, a limited liability company with its principal place of business in the County of Santa Clara, State of California. Defendant's Managing Member is J C Hoag.

28.  Upon information, Defendant LAURIE K LACOB (hereafter, "Lacob") is and at all times mentioned herein was, an individual residing in County of San Mateo, State of California.

29.  Upon information, Defendant BRADFORD S HENNIG (hereafter, "Hennig") is and at all times mentioned herein was, an individual residing in the County of San Francisco, State of California.

30.  Upon information, Defendant NINA HENDERSON MOORE hereafter "HENDERSON ") is and at all times mentioned herein was, an individual residing in Jefferson County, State of Colorado.

31.  Upon information, Defendant NETFLIX, INC. (hereafter, "Netflix") is and at all times mentioned herein was, a corporation organized by the laws of the State of Delaware and authorized to transact business in the County of Los Angeles, State of California.

32.  Upon information, Defendant NETFLIX STREAMING SERVICES INC. (hereafter, "NSSI") is and at all times mentioned herein was, a corporation organized by the laws of the State of Delaware and authorized to transact business in the State of California.

33.  Netflix and NSSI are sometimes referred to collectively as the "Netflix Entities".

34.  Upon information, Defendant VERTICAL ENTERTAINMENT LLC (hereafter "Vertical") is and at all times mentioned herein was, an entity authorized to transact business in the County of Los Angeles, State of California. Defendant's Managing Member is Richard Goldberg.

35.  Upon information, Defendant AMAZON.COM, INC (hereafter "Amazon") is a Delaware Corporation with its principal place of business

Seattle, State of Washington.

36.   Upon information, Defendant AMAZON DIGITAL SERVICES LLC (hereafter "ADS") is a Delaware limited liability company with its principal place of business in Seattle, State of Washington.

37.   Upon information, Defendant ADS owns and operates the Prime Video website and service, and the Prime Video App.

38.   Amazon and ADS are sometimes referred to collectively as the "Amazon Entities".

39.   Upon information, Defendant KATHY GRIFFIN (hereafter "Griffin") is and at all times mentioned herein was, an individual residing in the County of Los Angeles, State of California.

40.   Upon information, Defendant BROOKE C SHIELDS (hereafter "Shields") is and at all times mentioned herein was, an individual residing in the Borough of Manhattan,  State of New York.

41.   Upon information, Defendant DARYL HANNAH  (hereafter "Hannah") is and at all times mentioned herein was, an individual residing in Los Angeles County, State of California.

42.   Upon information, Defendant VIRGINIA MADSEN (hereafter "Madsen") is and at all times mentioned herein was, an individual residing in Los Angeles County, State of California.

43.   Plaintiff is informed and believes, and thereon alleges that each of the Defendants herein, were and are in some manner responsible for the events, happenings, occurrences and instrumentalities upon and about which Complaint is hereinafter made.

44.   Plaintiff is further informed and believes, and thereon alleges that each of the Defendants herein are at all times relevant hereto, were, the agent, servant, employee, and hireling of each of the Defendants and in doing the things and acts herein alleged and complained of, or in

1    failing to do what they should have done, were acting in the course and

2     scope of such employment, agency and hiring with the full knowledge,

3     consent, approval and ratification of each of the Defendants.

4                          **JURISDICTION AND VENUE**

5          45.   The jurisdiction of this Court is based upon 28 U.S.C § § 1331

6    and 1338 in that this controversy arises under the Copyright Act and

7    Copyright Revision Act of 1976 (17 U.S.C. § 101 et seq.). This court has

8    has original subject matter jurisdiction under the laws of the United States.

9          46.   This court has personal jurisdiction over Defendants because

10    some or all of the them reside in this state and because some or all of

11    Defendants conduct continuous, systematic and routine business within this

12     and this District.

13          47.   Venue is proper in this District pursuant to 28 U.S.C. §§ 1391 and

14    1400 in that Plaintiff's claims arose in this District and because Defendants

15    reside or may be found in this District.

16                               **STANDING**

17          48.   Plaintiff is the owner of the copyrighted works upon which the

18    the claims in this action are based and as such has standing to bring this

19    action.

20                         **GENERAL ALLEGATIONS**

21          49.   Plaintiff Jennifer Sendzul is the exclusive owner of all copyright

22.    rights in and to the original screenplay *What Men Want And What Women*

23    *Are Prepared To Give,* Copyright Registration Certificate is attached as

24    Exhibit "3".

25          50.   This artistic work represents up to a year long progression to the

26    first draft followed by several revisions.

27          51.    Plaintiff was inspired to write and develop the screenplay in and

28    around 2006/7 at the first occurrence of mood changes in menstrual

cycle irregularities and night sweats which disturbed sleeping patterns resulting in Plaintiff becoming inexplicably exhausted and irritable.

52.   After visiting her gynecologist, Plaintiff is advised that this is a result of the early stage of menopause and a lump in her breast is also discovered during an examination (which included a "*pap smear*" test).

53.   The story unfolds through the Plaintiff's interaction with each medical procedure which she sets about documenting and recounting from a personal perspective to relay her message in as light-hearted a way, employing quick-witted dialogue.

54.   Notably, Plaintiff felt that the timing was opportune for release into the public domain through the medium of a screenplay, a topic which women worldwide had up to now largely internalized.

55.   Talking publicly and openly about menopause had long been anathema depriving women of a forum to demystify myth and stigma associated with what is in fact a normal and integral part of a women's life, in a non intimidating and humorous way.

56.   One of the procedures which Plaintiff was required to undergo was a mammogram. Plaintiff recalls her initial misplaced fear and reluctance mostly due to ignorance.

57.   In the screenplay, the protagonist reveals this same anguish to friends. One in particular, a breast cancer survivor, urges her to nevertheless go ahead stating the importance from personal experience.

58.   The story goes on to intricately describe the protagonist's experience during the procedure and the writer recreates this episode in a user friendly way, tongue-in-cheek to get her message over. The resultant ambience is one of women of a certain age rallying around each other in the face of adversity, opening up about their personal lives meeting up for morning coffee and also a glass or two of wine

1   over lunches and dinners.

2      59.    It is interesting to note how adeptly the theme of life changing

3   medical situations and how women of diverse backgrounds adapt to it

4   as portrayed in Plaintiff's original script - was picked up on by *The Hot*

5   *Flashes* executive producer, Laurie Lacob, in her 2013 interview entitled

6   *Woodside film producer with a cause* where she states that out of the blue

7   in mid 2010, she received a script from an friend in New York which she

8   proclaims "*resonated with us and we jumped on it*". [Exhibit 4]

9      60.    It is not without coincidence that several months prior

10  to Lacob's purported receipt of such script, Plaintiff's screenplay had already

11  attracted attention in 2009 at WildSound - a festival headquartered in

12  Canada with satellite festivals in Los Angeles and New York.

13     61.    Plaintiff believes and thereon alleges that in and around the time

14  her screenplay  - with menopause as its central theme - was read out

15  at WildSound, a little known micro winery based in BC, Canada, claimed

16  that "One late fall evening in 2009, eight of us were sitting around a

17  friend's table. A fair bit tipsy and well sated from good food, we started

18  talking about menopause, the night sweats and the hot flashes". According

19  to the House of Rose website "Hot Flash [wine] was born in May 2010".

20     62.    The substantial likeness to certain phrases in the dialogue of the

21  Plaintiff's screenplay is of no small coincidence. Plaintiff alleges that

22  the winery did not independently originate this theme at its own initiative.

23     63.    Excerpts from Plaintiff 's original screenplay that was showcased

24  on the Zoetrope website in 2008 and WildSound FilmFestival 2009: In one

25  instance, women at a certain stage in life, united against the odds, celebrating

26  life, reflect substantial similarities in terms of theme, mood, dialogue

27  pace and setting to that of House of Rose's statement.

28
```
The two ladies start to giggle and raise their glasses
to each other. Tom realizes his wife and her friend have
had quite a bit to drink. Cont…

After three more bottles of red and two more bottles of
white wine the foursome are totally drunk and cosy,…
```

64.   In addition, Vasomotor syndrome is a menopausal condition resulting in hot *flushes* not *flashes*. In another instance from the original screenplay:

```
INT. EVENING/SOFIA IN THE KITCHEN/ MAKING DINNER.
SOFIA has asked WILLIAM to take out the garbage, when she
turns around she almost trips over the garbage bag. She can
hear him in the house, kicking a ball.
                         SOFIA
        WILLIAM! Stop kicking that damn ball and get
        your lazy ass over and throw the garbage out.

WILLIAM comes down the stairs the ball bouncing behind him,
grabs the bag of garbage while showing his frustration. He
turns around as he walks out the door.
                        WILLIAM
        Old, Ummm, old madam hot flashes.

His ball's laying at SOFIA´s feet, she gives the ball a
kick, the ball hits WILLIAM on the bum and helps him out
the door. He turns round with a smile on his face.
                        SOFIA
            (SOFIA pulls her tongue at him.)
                Not bad for a hot flash.
```

65.   More telling is the winery's role as the transmission link of the script to the Defendants, again later emerging when *The Hot Flashes* motion picture lead actress, Brooke Shields, allegedly happens on to this wine, purchasing two cases of Hot Flash wine for import to New Orleans in March 2012 as the film is wrapping up. According to an April 2012 article in the Kelowna Daily Courier, "Shields heard of Hot Flash wine from a *friend in New York*. So, through her personal assistant, the actress ordered two cases from House of Rose." Shields even makes a "fun tribute video as a thank you…" [Exhibit 5]

66.   It is notable that Shields has previously litigated against commercialization of her public persona [case no: 1 9ST CV 16029] *Shields vs Beautylish et al,* 05/08/2019. Yet in this instance, not only

does Shields gratuitously endorse a little known Canadian wine but supposedly pays approx C$415 (excl. taxes and duty) to obtain such product.

67.   Plaintiff is informed and believes, and thereon alleges that after the screenplay was showcased on Zoetrope website in 2008 and read out at WildSound FilmFestival 2009, in the first quarter of 2010, Defendant Kathy Griffin '*cooks up*' the idea of fortuitously tapping into women's health with her '*Pap Smear*' publicity stunt. This is consistent with the timing of Defendants carving up and sharing the original screenplay culminating in the production of the *The Hot Flashes* Motion picture in February 2012.

68.   It is also worth noting that Griffin extracts only the "*Pap Smear*" passage from the screenplay excluding the remainder of the script's women's issues. In *The Hot Flashes,* the producers then draw substantially on the balance of the screenplay's women's cancer issues but omits the part containing the *Pap Smear* passage.

69.   Excerpts from Plaintiff's original screenplay showcased on the Zoetrope website in 2008 and WildSound FilmFestival 2009:

```
INT. CHANGING ROOM.

SOFIA in the changing booth removes her T-shirt,
it's wet with perspiration. She uses the toilet
again to get rid of the last drop of urine before
her examination.

ENTERING the examination room she looks around. The
ASSISTANT is busy making the final preparation for
the bodily intrusion.
SOFIA looks around the dimly lit room. One hard bed
with a green sheet, two stirrups, a TV monitor above
her head.

SOFIA slowly gets on the bed, the assistant
indicates she must rest her legs on the stirrups.
SOFIA tries to push the gown discreetly between her
legs.

The DOCTOR pulls her chair closer, holding a long
white thing resembling a cigar, she proceeds to prod
SOFIA in all directions, the TV monitor clicks on,
SOFIA is watching a black and white image.
```

13

                              SOFIA
                    (Having a conversation with herself.)
              'Must be an old model if its black and white.'

              The doctor looking up at the screen.
                              DOCTOR
                        Those are your ovaries.
                          (More prodding)
                Probably won't have another menstrual cycle.
                      You're already in menopause.

        SOFIA has her arms resting over her forehead, not
      particularly interested in seeing her ovaries on TV.

    INT. LATER THAT MORNING/THE COFFEE SHOP.

    BELLA is waiting for SOFIA, anxious to hear what the
    doctor had to say.
                              BELLA
                    (Pats her friend's hand.)
                    So was it all that bad, hey!
                              SOFIA
                I still cannot get used to a visit
                to the gynecologist. It's the first time
                I've had a woman gone. This one got
                straight to the point, prodding me with
                that cigar looking thing, and saying "those
                are your ovaries". I really don't want to
                see my ovaries even if they were filmed in
                and in colour.
                              BELLA
                Yeah! Next thing you know these doctors
                will have a whole film crew in there
                charging you extra for your own DVD. A new
                form of home entertainment.
                              SOFIA
                Well the gynecologist seems to
                think my lower part is in good working
                order, tomorrow I must have the top section
                put under the spot light.
                              BELLA
                Yeah, I've been telling you to have
                a mammogram and you keep putting it off,
                now you have to go.

70.   Plaintiff believes and thereon alleges that in around 2011, Defendant Nina Henderson Moore is offered a producer role on *The Hot Flashes* by Susan Seidelman who would later become its director. It is worth noting that *The Hot Flashes* was then a concept only. It is unclear on whose instructions Seidelman was acting in the absence of a registered entity being in place or that of financial backing.

71.   Upon Plaintiff's review, Henderson executes an agreement in April 2011 to act as managing member of the unincorporated Hot Flashes LLC but only registers the entity in December 2011simultaneous to KC 111's start date.

72.   Significantly, in June 2020 when Plaintiff reaches out to Henderson after failing to get any response from the alleged writer, Brad Hennig, Henderson as *The Hot Flashes* operations manager, does not deal with Plaintiff's allegation of copyright infringement but instead passes on Plaintiff's email to Defendant Hennig.

73.   Plaintiff believes and thereon alleges that the ensuing response of Defendant Hennig, an unknown, unaccredited and unrepresented writer, is a fabricated reenactment of events. In the first place, Hennig asserts that he "wrote *it* " before Plaintiff.  Of particular interest is Hennig's claim to have had prior insight to the contents of Plaintiff's protected screenplay. Second, Hennig further claims that Kiki Goshay had optioned his screenplay. However this notion is strongly denied by Goshay in an email to Plaintiff.  In addition, Hennig provides Plaintiff with a falsified copyright certificate of *The Hot Flashes* screenplay. [See Exhibit "3"].   Henderson as co-founding and operations manager of  *The Hot Flashes LLC* has refused to to verify any of Hennig's above assertions contained in his reply to Plaintiff and both Defendants remain incommunicado to date.

74.   Plaintiff believes and thereon alleges that Defendant J C Hoag

1    was uniquely positioned among Defendants, having a comprehensive,

2    integrated skill set and the means to develop Plaintiff's protected script

3    from concept to bankability. J C Hoag is co-founder and lead director

4    of Netflix Inc., with a market  capitalization of $235bn and TCV, a

5    private equity/venture capital firm.

6        75.   Plaintiff believes and thereon alleges that to initiate such $4.775m

7    motion picture project - based on an unknown, unaccredited and unrepresented

8    male writer's debut screenplay on women's issues with unknown,

9    unaccredited executive producers - would have required  above average

10    performance guarantees to convince and secure an A-list cast. Also, to

11    leverage financing of the motion picture by discounting its $1.518m tax

12    credit, a financial security bond would have been required in advance.

13    J C Hoag, in his personal capacity and as a Netflix cofounder had the

14    financial muscle and network to bring  *The Hot Flashes* project to fruition

15    prior to receipt of first funds into the The Hot Flashes LLC.

16        76.   Plaintiff believes and thereon alleges that Defendant Knights

17    Capital 111 LLC.,  "KC 111" is a special purpose vehicle created on

18    December 6, 2011, incorporated exclusively for entering into financing,

19    provision of guarantees and to receive commercial returns with respect to

20    expenditure associated with *The Hot Flashes* motion picture.

21        77.   In accordance with the above, J C Hoag, as its managing member,

22    duly entered into an interparty agreement for the *The Hot Flashes* on

23    6th February 2012 [see Exhibit 6] and on 11th October 2012 [see

24    Exhibit 5].

25        78.   Plaintiff believes and thereon alleges that J C Hoag's  financial

26    participation was opportunistic to assist his wife, Defendant Michaela Hoag,

27    as a precursor to her establishing a private Foundation - thus fast tracking

28    Hollywood access - rather than being based on venture capital metrics.

This is borne out by the fact that M Hoag's "Part The Cloud Foundation" was launched in May 2012, two months after wrapping up shooting of the film. More pertinent, is M Hoag's subsequent access and use of the film's A-list cast as ambassadors and celebrity draw cards to lobby donors for her Foundation.

79. Plaintiff believes and thereon alleges that Defendant Laurie Lacob was also an unlikely recipient of a screenplay since Lacob had no cinematographic profile or prior industry experience. Furthermore, Lacob does not option the screenplay. Plaintiff 's belief is that Lacob was in fact a front and conduit for J C and M Hoag (collectively, "the Hoags"). The Hoags are Netflix insiders and such project is a Related Party Transaction as it is competitive to Netflix's business. At the very least, J C Hoag would be required under International Accounting Standards (IAS rule 24) disclosure, to alert and obtain Netflix's prior permission.

79. Plaintiff believes and thereon alleges that Defendant Lacob was well acquainted with the Hoag's both socially and in fund raising circles. Lacob is a steering committee member on M Hoag's Part the Cloud Foundation established in May 2012, two months after the film wrapped up.

80. Plaintiff believes and thereon alleges that Lacob's statements reinforce the contention that Defendants knowingly shared and encouraged infringement of the protected work. In the Mercury news in June 2013: "…she [Lacob] read the screenplay, connected with its message and decided *this was the one*". She says the story captured women's lives and *wrapped it in a comedy*. The theme of Plaintiffs original work is precisely about women's lives, coming together, and is wrapped in a mixture of comedy and dramatic moments known in writing parlance as a 'Dramedy'.

81. Plaintiff believes and alleges that the motive for this once-off film project was an efficient and rapid entry for Defendants M Hoag and Lacob to springboard their standing in Silicon Valley fund raising circles.

Excerpts from Plaintiff's original screenplay

```
INT. EARLY MORNING/MAIN BEDROOM.
A delicately crafted foot appears from under the
covers. As the left foot disappears the right foot
curls itself over the white cotton sheet. A hairy
arm appears from under the covers and is placed
over the restless figure. The restless figure


                        SOFIA
            Leave me alone I'm trying to sleep
                         TOM
              Would you like me to rub your back?

    No response. He proceeds to rub her back. There
    is more movement under the covers. She complains
    again.
                        SOFIA
                    I'm tired.
                         TOM
              But you've just woken up!
                        SOFIA
            I'm tired, I'm trying to sleep and
            you are disturbing me!

    SOFIA in her early fifties, a slim brunette,
    flawless complexion, turns and tucks her pillow
    under her breast trying to dislodge the hairy arm
    off her back. Her husband TOM, handsome fifty
    year old financial advisor and market analyst.
    TOM's love for tennis has kept his body in good
    shape, greying at the temples with wavy dark
    hair.
```

82.     Plaintiff believes and thereon alleges that facial traits of

protagonist *Brooke Shields* and her *Hot Flashes* husband Eric Roberts

intricately mirror those of the original script's parallel characters, Sophia and

Tom, who Plaintiff alleges they are based on, as depicted in the above passage.

83.   Plaintiff believes and thereon alleges that not only did Plaintiff's screenplay embody all the elements which Defendants were seeking but that its subject matter would be attractive to an A-list star such as Shields who is prominent in fund raising circles, and a regular feature at the Rita Hayworth Alzheimer Foundation.

84.   Despite Lacob receiving a debut film producer credit and financial backing from friends in Silicon Valley she does nothing further again in filmmaking circles regarding women's issues, opportunities or causes.

85.   Such was the project's palpable urgency for Defendants Lacob and M Hoag that they appeared to go out of the way to get their hands on Plaintiff's script. Plaintiff alleges that this included mitigation measures such as disguising the protected works origin, creating secrecy and layering of the film's development structure, and then retroactively fabricating reports on the project's evolution. These were then disseminated much later via media in mid 2013 upon *The Hot Flashes* release date. Furthermore in almost all of these releases, the Hoags are conspicuous by their absence and the alleged writer is referenced to in the third person and never interviewed.

86.   Plaintiff believes and thereon alleges that key phrases and words central to the theme and mood of *What Men Want And What Women Are Prepared To Give* are repeated continuously by Defendants namely in interviews and indeed are contained in *The Hot Flashes* motion picture. Excerpts from Plaintiff 's original screenplay showcased on the Zoetrope website in 2008 and WildSound FilmFestival 2009:-

87.   In Plaintiff's original screenplay, protagonist Sophia searches google for information about breast cancer, menopause and related issues whereas in *The Hot Flashes,* Shields obtains this same information through a subtle variation and is seen leafing through a copy of Menopause for Dummies.

**INT. NEXT MORNING/SITTING AT THE COMPUTER.**
The children have left for school, TOM upstairs in his office. SOFIA LOGS onto Google, clicks advanced search. Types in breast lumps, her hands are damp with anxiety, she rubs them on her pants while she waits for the computer to respond. The responses on the screen have the word cancer in the text.

SOFIA DOUBLE CLICKS suspicious lumps on the computer screen.
'Next steps after detecting suspicious lumps in the breast, how to tell the difference.'
Her eyes follow the text from left to right, running her hand over her left breast.

**TEXT ON COMPUTER SCREEN.**
'Most women at some stage feel lumps in their breast. But the odds are in your favour. Most breast lumps as many as four out of five are benign.'
She reads the text out loud.

                    **SOFIA (O.S.)**
              (Reading from the text on the screen)
              'However, every breast lump should be
               evaluated by a doctor to be certain
               that you don't have cancer. Breast tissue
               also changes as you get older, becoming
               more fatty less dense over time. If the
               lump is loose and does not seem attached,
               it could be a cyst.'

**INT. THE FOLLOWING DAY/HOME/OFFICE.**

SOFIA in front of her laptop scanning the web. TOM at his computer agonizing about the stock market.

                    **TOM**
              Well at least the gold price is up.
              My forecast was that gold would be at
              twelve hundred dollars before year´s end.

SOFIA grabs her left breast, rubs it a couple of times in the same spot.
                    **SOFIA (O.S.)**
              Of course you right again, it would be
              nice if you took your own advice and made
              some money for yourself.
                         Ouch!

COMPLAINT FOR DAMAGES

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
26
26
27
28

```
    SOFIA continues to look a the screen.

                        TOM
                What's that all about?

    SOFIA looking at her computer screen, talking as if
    to herself.

                        SOFIA (O.S.)
                Don't know these last few days I feel
                as if I'm having involuntary acupuncture
                in my left breast. Oh! It comes and goes.


                        TOM
                Well you'd better have that seen to.
```

88.     Plaintiffs's protagonist Sophia is described as continuously
experiencing menopausal side effects, such as daily hot flushes and night
sweats resulting in sleepless nights . The mood in which Shields's character
displays this same theme in *The Hot Flashes* bears substantial likeness

```
    INT.LATER THAT WEEK/MAIN BEDROOM/EARLY MORNING.

    SOFIA wakes-up, wet with perspiration. Gets out of
    bed quietly, dries herself with a towel. She does not
    want to wake TOM up. She waits for the covers to dry
    and gets back into bed. Four hours later awake again,
    she kicks off the covers.

    By MORNING SOFIA is restless and tired from lack of
    sleep she stumbles to the kitchen and starts loading
    the dishwasher.

    AFTER breakfast SOFIA is in the bedroom getting
    dressed, she has the feeling of a very severe
    menstrual pain, she lies down on the bed until the
    pain subsides.
```

COMPLAINT FOR DAMAGES

**INT. TWO WEEKS LATER/YET ANOTHER RESTLESS NIGHT.**

SOFIA wakes, wet with perspiration, in fact it´s the
second time and it's early morning. She gets out of
bed to drink some water and cool herself down,
everyone else is sound asleep.

INT. BEDROOM/SEVEN O'CLOCK IN THE MORNING.
The ringing alarm wakes SOFIA, she is exhausted. She
looks over at TOM, not sure if he is asleep or just
pretending.

> ### SOFIA
> TOM! TOM! Can you please get up and
> get the children off to school.

> ### TOM (O.S.)
> Why! What's the matter with you?

> ### SOFIA
> I feel very tired.

> ### TOM (O.S.)
> Why? You've just woken up.

> ### SOFIA
> I've been having these awful sweats
> in the early hours of the morning. Now
> I'm having them twice in the night and
> I'm not getting enough sleep.

> ### TOM
> (Getting out of bed)
> Well, just have it seen to. As she
> falls back on the pillows.
> ### SOFIA (V.O.)
> That's what he always says. "Just
> have it seen to". Maybe that makes
> him feel better.

She falls asleep again. After a short while she wakes
up and checks the time, it's seven thirty. She gets up
and looks out of the window yelling from the bedroom.
> ### SOFIA (CONT'D)
> WILL! WILL! Are you ready for the

She falls asleep again. After a short while she wakes
up and checks the time, it's seven thirty. She gets
up and looks out of the window yelling from the
bedroom.

                        **SOFIA (CONT'D)**
                 WILL! WILL! Are you ready for the
                 bus. She hears footsteps on the stairs.

                        **WILLIAM (O.S.)**
                 Yes! Yes! I'm just about to brush
                 my teeth. Why are you still in bed.

SOFIA flops back on the pillows.

                        **SOFIA**
                 Oh I don't know, I'm still tired.
                 I'm having these hot flushes and they
                 keep me awake at night.

                        **WILLIAM (O.S.)**
                 Why don't you check it out on
                 Google or Dogpile.

                        **SOFIA**
                 How disgusting, why would anyone
                 want to use something called Dogpile.

**INT. OFFICE. MID MORNING**
SOFIA'S back at the computer, calls up Google.

                        **SOFIA**
                    (Mumbling to herself.)
                 'Dogpile! Yeak! How disgusting, my life is
                 on the line and I must search through a pile
                 of poop.'

COMPUTER SCREEN. Night sweats accompanied by hot
flushes.

89.   Plaintiff believes and thereon alleges that the thematic use of a 'grouping of women' providing moral support and succour to the protagonist in her original screenplay was adapted in *The Hot Flashes* to mitigate detection of similarities. Whereas in Plaintiff's original works, the friend survives breast cancer and urges the protagonist to get a mammogram done, in *The Hot Flashes,* the friend of  the protagonist dies of breast cancer and Shields as the protagonist, then sets about saving a fictitious town's mammography unit. Excerpts from Plaintiff 's original screenplay:

```
Slams the phone down, she's upset which seems to
encourage a hot flush. She shakes her shirt a couple
of times to increase some air flow. The phone rings.

                    SOFIA (CONT'D)
          Oh hi, KATE. OK thanks. How are you
          doing.

                    KATE (O.S.)
          Doing fine thanks. Just these hot
          flushes can get a bit much.

                    SOFIA
          Yeah, I can sympathize, I have
          started those as well. I also have this
          stabbing pain in my breast that feels like
          acupuncture and sometimes contractions as
          if I'm giving birth, if only there was some
          result after the contractions, I would feel
          better.

                    KATE (O.S.)
          Oh no SOF you don't want another
          one of those, at your age.

                    SOFIA
          That's true. Maybe easier if I just
          laid an egg.

                    KATE (O.S.) (Laughing)
    Just make sure it doesn't hatch. Have you made your
    appointment?
```

COMPLAINT FOR DAMAGES

                            **SOFIA**
1              I tried to make an appointment with
               the gynaecologist just before you called,
2              it seems I will only be able to get an
               appointment in two months time.

   KATE interrupts.
                           **KATE (O.S.)**
3              But SOF surely if you explain to
4              the receptionist you have a lump in your
               breast, she will let you jump the queue.
5
6                           **SOFIA**
               In theory yes, obviously she knows
7              nothing about menopause let alone
               jumping a queue. I'll give my GP a call
8              and ask her to make the appointment for
9              me.

10                          **KATE (O.S.)**
               Your gyne will probably send you
11             for a mammogram as well.

12
13                          **SOFIA**
               I know KATE. I'm fifty two and have
14             never had a mammogram.

15                          **KATE (O.S.)**
               I know! But you do know what I've
16             just been through. So, don't delay.

17
18                          **SOFIA**
                I've been a little anxious about
19              the whole procedure.

20
   **INT. AFTER THE EXAMINATION/SITTING IN FRONT OF THE**
21 **DOCTORS DESK.**

22                          **DOCTOR**
               Everything seems in order, however
23             I will give you a letter for a
               mammogram for that lump you can feel on
24             your left breast and the one you didn't
               feel under your left armpit.
25                   (Tears off the paper and
26                    hands it to Sofia)
               I have called the centre for you to have
27             it done tomorrow. As soon as you have the
28             results come back to my consulting rooms,
               you do not have to make another
               appointment just give the results to the
               receptionist.

90.   Further to ubiquitous manipulation of mood and theme used to avoid correlation to Plaintiff's protected works - Plaintiff believes and thereon alleges that the scene wherein the husband of Bella, the protagonist's friend, who is having an affair, discovers it and walks out on him, is strikingly similar to *The Hot Flashes* version where instead of using the friend's husband, the philanderer is initially switched to the protagonist (Shields) husband (Eric Roberts) with Roberts claiming *he* walked out on his mistress. However later in *The Hot Flashes* it turns out that just as as in the Plaintiffs original screenplay, Roberts's mistress evidently does walk out on him. Excerpts from Plaintiff 's original screenplay:

`INT. ITALIAN RESTAURANT/EVENING.`

`BELLA and SOFIA are tucked away in a corner, BELLA seems preoccupied, SOFIA orders the wine, while she gives her friend´s hand a little squeeze.`

`                    SOFIA`
`          What has happened in the last`
`          twelve hours, you look terrific. (Sipping`
`          her wine looking at her friend.)`

`                    BELLA`
`          I think John, well...umm.. has`
`          another woman.`

`                    SOFIA`
`          Oh shit! And that's the news. Are`
`          we mourning or celebrating, pour me`
`          another glass. Oh shit! Fill it to the`
`          top.`

`                    BELLA`
`          I tried the attack approach, he`
`          fobbed me off. Told me to get myself a`
`          job. The bit that got to me, ....the part`
`          that really pissed me off, was when he`
`          said. "There's more to life than just`
`          shopping, you know". I just kept my cool`
`          and thought "fuck you mate".`

COMPLAINT FOR DAMAGES

Shocked by BELLA'S story but not surprised.

                    SOFIA
          Are you're OK about all this, I mean you
          don't look as if,.. as if you just had a
          bad day. What's going on?

                    BELLA
          After a long sob in the shower this
          morning, I took his advice.

                    SOFIA
          And..go on..go on.

                    BELLA
          Well, I took his advice and found a
          job. And well! I'm leaving for Spain next
          month. I phoned my old editor and
          "voila".  I'm on for next month to cover
          the world cup yacht-race in Valencia,
          Spain.
Beaming with envy.

                    SOFIA
           That's fantastic. Oh! Who will I
           have coffee with.

                    BELLA
          Selfish woman, you can have it
          alone until I get back. There is no other
          friend who is going to sympathize with
          your sex life.

                    SOFIA
          Oh! Oh! Maybe you will find some
          Spanish man. Oh la la...senora.

                    BELLA (Subdued)
          Remember I'm still married for the
          moment. I've decided I will never let
          myself be humiliated again by a selfish
          male specimen.
                (Taking another sip of wine.)
          Do you know while I was getting ready,
          JOHN came home early. What for, I don't
          know. Do you know that his phone rang
          three times, he kept checking the number
          and switching it off, eventually I told
          him to answer it! Of course he
          reluctantly did,

(Big sigh resting her elbows on the table.)
Well! The only thing I could hear him say
was that he might not be able to make it
tonight, what that meant I can't say of
course. Then I left to have dinner with
you.

                    SOFIA
        Are you sure there is someone else?

                    BELLA
            (Raising her glass.)
        Well, to be honest I'm not going to ask
        the question, and be told I must be
        approaching menopause. When the selfish
        bastard himself is going through mental
        pause.

                    SOFIA
        Good for you BELLA, you do what's
        best for you. I think you're very brave. I
        also had a feeling JOHN was acting very
        strange, but why confront him, men always
        deny everything.

    The ladies are interrupted by a phone ringing, BELLA
    realizes it's hers, she answers.

                    BELLA (Surprised.)
        Oh hi! I'm great no..no...not sure when
        I'll be back, don't wait up for me.
            (Looking over at SOFIA she rolls
             her eyes towards the phone.)
        I might be late. Oh you're not
        home, oh OK bye.
                (Switches off the mobile, looking
                 puzzled.)
        Wants to know what time I'll be back, but
        he's not even at home.
                (Raises her glass to her
                 friend.)
        Hope he enjoys his next life.

91.     Plaintiff believes and thereon alleges that Defendants, the 'Netflix Entities' were integral to the cloak of secrecy cast over the origin and circumstances of *The Hot Flashes* film project. Netflix was approached in good faith when the Plaintiff discovered in 2020 that the protected works had been streamed since August 2013 and continue to be available on Netflix.

92.     More telling is Netflix's response to Plaintiffs enquiry. It claims to have had no involvement in *development* or *production* of *The Hot Flashes*. Yet interestingly, it is silent on its actual role or just what it could reasonably be assumed to know by virtue of acquisition of the streaming rights. For example, Netflix would have been privy to the chain of title which would have identified KC 111, J C Hoag, and his wife M Hoag along the process.

93.     As previously stated, Plaintiff is informed that J C Hoag would have been required under IAS rule 24 to file a disclosure to Netflix about the Hoags participation as well as obtain approval. Yet Netflix counsel, Jarin Jackson replied: (email dated 25 September, 2020)

> *At the outset, I would like to confirm that Netflix took no part in the development or production of the film, The Hot Flashes. Because Netflix took no part in the film's production, Netflix has no information regarding Knights Capital III, LLC or its involvement in the film. Your claim of copyright infringement is better directed at the producer of the film.*

94.     Plaintiff believes and thereon alleges the Defendants Netflix Entities continued the obfuscation ignoring the alleged writer's falsified copyright certificate and the fact that the Hoags and KC 111 are referenced in *The Hot Flashes* interparty agreements on the Library of Congress catalog. Despite Plaintiff's insistences, backed up by factual evidence showing their lead director's involvement, Netflix claim to have received the rights from Vertical Entertainment (VE) but do not provide a copy verifying this, a date, or correspondence between Netflix and VE who Jackson alleges he recently spoke to. Given the above, it is illogical and defies economics that

1  with Netflix director's pivotal involvement in this film project, the rights

2  would have needed to pass through a third party before finally ending back

3  with Netflix unless it was the intention of Defendants to create layers between

4  related parties and to again obscure the trail of origin and ownership.

5     95.    Plaintiff believes and thereon alleges Defendant Vertical

6  Entertainment was, as contended in the Netflix response to Plaintiff, a

7  downstream beneficiary of the protected works by virtue of being a party

8  within the distribution chain. Plaintiff made numerous efforts to contact VE

9  however no response was forthcoming.

10    96.    Same applies to the Amazon entities. Plaintiff requested chain of

11  title as Amazon is listed as a streaming rights holder since August 2013 to

12  date, appraising it clearly of the nature of such complaint. However,

13  Amazon's customer service center was unable and incapable of dealing

14  with a copyright issue such as this.

15    97.    Plaintiff believes and thereon alleges Defendant Kathy Griffin

16  identified plaintiff's protected works as something that would fit and

17  add to her repertoire. Griffin is a satirist sourcing high impact material

18  which is then repackaged into publicity stunts for financial gain where

19  there is mass appeal.

20    98.    Seemingly out of the blue, in and around 2010, Griffin turns her

21  attention to women's health issues producing a once-off sketch. It is

22  interesting to note that Griffin's sketch coincided with Defendant Lacob's

23  unexpected receipt of the screenplay with women's health issues as its

24  theme.

25    99.    In continuance with the veil of secrecy singularly embraced by

26  beneficiaries of *The Hot Flashes* motion picture, Plaintiff's numerous

27  efforts to contact actress Darryl Hannah via social media were ignored.

28  Hannah, a staunch defender against commercialisation of her public

   persona, sued a bicycle maker in the infamous "don't ride my name" suit.

1

3

5    Plaintiff  contacted Hannah to highlight that she had benefitted financially

6    from Plaintiffs protected screenplay *What Men Want And What Women*

7    *Are Prepared To Give* which plaintiff alleged was infringed upon.

8        100.    Plaintiff believes and thereon alleges that as lead actress,

9    Defendant Brooke Shields was the pivot around which success of *The*

10    *Hot Flashes* motion was oriented. Not only did Shields benefit from her

11    role in the unauthorized dramatization of Plaintiff's protected works,

12    she was also appointed as a celebrity ambassador to M Hoag's high

13    profile Silicon Valley Foundation, Part The Cloud.

14        101.    As in the above instance, Defendant Virginia Madsen and

15    Defendant Shields were two cast members who were financially

16    enriched by their roles in *The Hot Flashes* motion picture and sequentially

17    as celebrity ambassadors at M Hoag's Part The Cloud Foundation. Plain-

18    tiff reached out to Madsen via her social media webpage but received no

19    response.

20        102.   In summary, Plaintiff  became alerted by a reader of her original

21    *What Men Want And What Women Are Prepared To Give s*cript that since

22    they recognized so much of Plaintiff's script in Seidelman's production of

23    *The Hot Flashes,* it would be counterproductive to promote work which

24    an ordinary person might perceive to have already been done. Alternatively,

25    *The Hot Flashes* contained so much of what belonged to Plaintiff, one

26.    could conclude it was an appropriation of Plaintiff's copyrighted works.

27        103.   As a result of the above, Plaintiff contends that any and all future

28    value of her protected works has effectively been sterilized by the acts of

the Defendants in the alleged infringement.

## FIRST CAUSE OF ACTION

### (COPYRIGHT INFRINGEMENT -  SCREENPLAY)

### (As Against Defendants*)

104.    Plaintiff hereby repeats, realleges, and incorporates by this reference each and every allegation from each and every paragraph before and after this paragraph, as though said paragraphs were set forth in full herein.

105.    Plaintiff  contends it is the sole owner of a valid copyright of the Screenplay *What Men Want And What Women Are Prepared To Give* with the exclusive right to use the copyrighted material for purposes such as, exhibiting or performing the work, making and distributing copies of the work and creating derivative works from the original.

106.    Plaintiff's original screenplay constitutes copyrightable subject matter under the Copyright Act, 17 U.S.C. sections 101 *et seq.*

107.    Plaintiff is entitled to all of the protections and remedies for *What Men Want And What Women Are Prepared To Give* accorded to a copyright owner and at no time did Plaintiff license her screenplay to Defendants.

108.    Upon information and belief, in direct violation of Plaintiff's exclusive rights, Defendants have directly infringed, and unless enjoined by this Court will continue to infringe upon Plaintiff's copyright by, inter alia: preparing unauthorised derivative works and reproducing copyrighted elements of the Screenplay which have been incorporated into the motion picture *The Hot Flashes* and Griffin's public *Pap Smear* sketch.

109.  As a direct, legal and proximate result of Defendants' infringement on Plaintiff's copyright to her screenplay, Plaintiff has been damaged and accordingly places a value to her creative voice in an amount of the maximum statutory damages permitted under willful copyright infringement against Defendants* "J C Hoag", "M Hoag", "Lacob", "Hennig" and "Griffin".

## SECOND COURSE OF ACTION

### (CONTRIBUTORY COPYRIGHT INFRINGEMENT)

110.    Plaintiff hereby repeats, realleges, and incorporates by this reference each and every allegation from each and every paragraph before and after this paragraph, as though said paragraphs were set forth in full herein that Defendants, the Hoag's, Lacob and Hennig knew or had reason to know that *The Hot Flashes* is an unauthorized adapted work based on Plaintiff's protected work *What Men Want And What Women Are Prepared To Give* that is, at least in part, strikingly similar to the copyright elements in Plaintiff's copyrighted original screenplay.

111.    On information and belief, Defendants the Hoags, Lacob and Hennig induced, caused, and materially contributed to the unauthorized preparation, duplication, distribution and public performance of the infringing *The Hot Flashes* motion picture, and are continuing to do so.

112.    On information and belief, Plaintiff contends that in the final analysis, above named Defendants selected, coordinated and arranged pro-tectable elements of Plaintiff's unproduced works based on a woman's inner expressions and personal experiences depicted in *What Men Want And What Women Are Prepared To Give* and wrapped it around a cloned version of an already produced film called 'Calendar Girls' - despite this film being based on a true story - then passed off resultant work as their own creation.

113.    Applying the same principles set out above, Defendant Griffin induced, caused, and materially contributed to the unauthorised *Pap Smear* sketch/scene from Plaintiff's original, protected works *What Men Want And What Women Are Prepared To Give* in her preparation, duplication, distribution and public performance for her comedy series, *My Life on the D-List* for Bravo(TV) NBCUNIVERSAL and continues to do so without Plaintiff's express permission.

114.   In violation of Plaintiff's exclusive rights, Defendants the Hoags Lacob, Hennig, and Griffin have contributed to the infringement and unless enjoined by this Court will continue to contribute to the infringement of the copyrights in the copyrighted *What Men Want And What Women Are Prepared To Give* Copyrighted Work.

115.   As a direct legal and proximate result of Defendants' contributory infringement on Plaintiff's copyright in and to the *What Men Want And What Women Are Prepared To Give* Copyrighted Work, Plaintiff has been damaged in the amount as set out below:

## THIRD COURSE OF ACTION

**(Vicarious Copyright Infringement against all Defendants.)**

116.   Plaintiff hereby repeats, realleges, and incorporates by this reference each and every allegation from each and every paragraph before and after this paragraph, as though said paragraphs were set forth in full herein.

117.   On information and belief, Defendants have the right and ability to supervise the other Defendants, and in information and belief, did supervise them in the unlawful preparation, duplication, and distribution of *The Hot Flashes* motion picture and separately, the *Pap Smear* sketch which Plaintiff alleges Defendant Griffin sourced from her protected works.

118.   On information and belief, Defendants enjoy a direct and personal benefit from the preparation, duplication and distribution of the infringing *The Hot Flashes* and Defendant Griffin of the infringing *Pap Smear* sketch.

119.   In direct violation of Plaintiff's exclusive rights and as a consequence of the foregoing, Defendants have vicariously infringed the copyrights of *What Men Want And What Women Are Prepared To Give* of Plaintiff's copyrighted works.

120.   As a direct, legal, and proximate result of Defendants contributory infringement of Plaintiff's copyrights in and to her protected work, Plaintiff has been damaged in the amount as set out below:

### FOURTH COURSE OF ACTION

**(Declaratory Relief against All Defendants.)**

121.    Plaintiff hereby repeats, realleges, and incorporates by this reference each and every allegation from each and every paragraph and after this paragraph, as though said paragraphs were set forth in full herein.

122.    To that end, an actual controversy has arisen and now exists relating to the rights and duties of Plaintiff and defendants under the United States copyright laws.

123.    Plaintiff contends that it is the sole owner of the screenplay *What Men Want And What Women Are Prepared To Give* and that *The Hot Flashes* and *Pap Smear* sketch infringe on Plaintiff's rights in and to the *What Men Want And What Women Are Prepared To Give* Copyrighted Works.

124.    Plaintiff further contends that she is entitled to compensation based on Defendants' infringement on Plaintiff's rights in and to the *What Men Want And What Women Are Prepared To Give* Copyrighted Works and that JLM Sendzul is entitled to all credits and accreditation for her original work which was used without her permission and adapted into Defendants derivate works.

125.    Plaintiff has been damaged in the amount as set out below:

### JURY DEMAND

Plaintiff JLM Sendzul demands a jury trial of all issues triable to a jury in this matter.

### PRAYER FOR RELIEF

WHEREFORE Plaintiff prays for the following relief against Defendants, JAY C HOAG, MICHAELA HOAG and KNIGHTS

CAPITAL 111 LLC., LAURIE K LACOB, BRADFORD S HENNIG, NINA HENDERSON MOORE, NETFLIX INC., NETFLIX STREAMING SERVICES INC., VERTICAL ENTERTAINMENT LLC, AMAZON.COM INC., AMAZON DIGITAL SERVICES LLC., KATHY GRIFFIN, DARYL HANNAH, BROOKE C SHIELDS and VIRGINIA MADSEN as follows:

1.    For preliminary and permanent injunction enjoining all Defendants from inverting the copyright of Plaintiff in any manner.

2.    That the Court grant Plaintiff maximum statutory damages for willful copyright infringement in the FIRST COURSE OF ACTION (Copyright Infringement) against Defendants JAY C HOAG, MICHAELA HOAG, LAURIE K LACOB, BRADFORD S HENNIG in the amount of USD $150,000 (one hundred and fifty thousand) and separately, KATHY GRIFFIN in the amount of USD $150,000 (one hundred and fifty thousand)

3.    That the Court grant Plaintiff  punitive damages against Defendants * JAY C HOAG, MICHAELA HOAG, LAURIE K LACOB BRADFORD S HENNIG and KATHY GRIFFIN who acted in conscious disregard of Plaintiff's rights. Defendants' conduct as alleged herein constitutes fraud, malice and oppression entitling such damages.

3(a)    Consequently that the Court grant Plaintiff an award for USD $1.32m (one million three hundred and twenty thousand) as a result of damages pertaining to the SECOND COURSE OF ACTION (Contributory Copyright Infringement) for the restitution to Plaintiff of all monies gains, profits and all advantages financial and sequential elevation of Defendants* private profile derived from their production, distribution and exploitation of the infringing motion picture *The Hot Flashes* and the public *Pap Smear* sketch from their copyright infringement of *What Men Want And What Women Are Prepared To Give* Copyrighted Works.

4.    For a judicial declaration that *The Hot Flashes* and the public

1     *Pap Smear* sketch (a) infringes in and to *What Men Want And What*

2     *Women Are What Women Are Prepared To Give* Copyrighted Works;

3     (b) Plaintiff is entitled to compensation based on Defendants' infringe-

4     ment of Plaintiff's rights in and to the *What Men Want And What Women*

5     *Are Prepared To Give* Copyrighted Works; and (c) Jennifer LM Sendzul is

6     entitled to credits as the writer of the original from which *The Hot Flashes*

7     the public *Pap Smear* sketch was adapted without Plaintiff's authorization.

8       5.   That the Court grant Plaintiff damages under the THIRD COURSE

9     OF ACTION (Vicarious Copyright Infringement) against All Defendants -

10    JAY C HOAG, MICHAELA HOAG, LAURIE K LACOB who to this end

11    are known to each other, and JAY C HOAG as lead director of

12    NETFLIX, is well acquainted and has sway within the "NETFLIX

13    ENTITIES" and all other Defendants named herein, NINA HENDERSON

14    MOORE, VERTICAL ENTERTAINMENT LLC., AMAZON.COM INC.,

15    AMAZON SERVICES LLC., DARYL HANNAH, BROOKE C SHIELDS

16    and VIRGINIA MADSEN have both the right and the ability to supervise

17    or control the infringing action of the direct infringer, Defendant

18    BRADFORD S HENNIG, yet have failed to do so and instead have derived

19    direct financial and personal public benefit from the infringing activity.

20      6.   That the Court grant Plaintiff damages under the THIRD COURSE

21    OF ACTION (Vicarious Copyright Infringement) against Defendant

22    KATHY GRIFFIN who as a result of repurchasing rights to her works from

23    BRAVO (TV) and NBCUNIVERSAL, including those of the infringing

24    public *Pap Smear* sketch, is now the sole, direct beneficiary of all and any

25    financial and personal public benefit from the infringing activity.

26      5 and 6 (a).   Consequently that the Court grant Plaintiff an award for

27    USD $880 000 (eight hundred and eighty thousand) as a result of damages

28    pertaining to THIRD COURSE OF ACTION (Vicarious Copyright

Infringement) for the restitution to Plaintiff of all monies gains profits and all advantages financial and sequential betterment of Defendants' private profile derived from their involvement of Plaintiff's Copyrighted Works.

In summary: An aggregate pecuniary claim for **USD $2,500,000.**

1(a) Copyright Infringement.                USD $  150,000;

1(b) Copyright Infringement.                USD $  150,000;

(2) Contributory Copyright Infringement.        USD $1,320,000;

(3) Vicarious Copyright Infringement.          USD $  880,000.

7.   For such other and further relief as the Court deems just and proper.


                                Plaintiff in Pro Se:

Dated: 16 August, 2021.          JENNIFER L M SENDZUL


                                CG 3, Av De La Cortinada 6,

                                Edifici Claudia 2-3a,

                                AD 300, Ordino. ANDORRA.

                                Telephone: (+376) 642300

                                oortcloudfilms@gmail.com

1

**DEMAND FOR JURY TRIAL**

2

Plaintiff JENNIFER L M SENDZUL, hereby demands a trial by

3

jury in this action on all issues so triable.

4

5

6

Dated:  16 August, 2021.                    JENNIFER L M SENDZUL

7

CG 3, Edifici Claudia 2-3a,

8

Av De La Cortinada, 6

9

Ordino, AD300. ANDORRA.

10

Telephone: (+376) 642300

11

oortcloudfilms@gmail.com

12

Plaintiff in Pro Se

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Exhibit** 1.  WIPO request.

**CONFIDENTIAL**
**WIPOM300321(2)**

**Jennifer LM Sendzul v Jay C Hoag, Michaela Hoag, Laurie Kraus Lacob, and Netflix**

Dear Parties,

The WIPO Arbitration and Mediation Center (the "WIPO Center") acknowledges receipt on March 30, 2021 of the below Request for Mediation submitted by email by **Jennifer LM Sendzul** ("Requesting Party") in accordance with Article 4(a) of the WIPO Mediation Rules (the "Rules").  The Rules are available at https://www.wipo.int/amc/en/mediation/rules/.

The case number assigned to the Request for Mediation is **WIPOM300321(2)**.

The WIPO Center kindly invites **Jay C Hoag, Michaela Hoag, Laurie Kraus Lacob,** and **Netflix** to indicate if they wish to continue with the present WIPO Mediation procedure. The WIPO Center will then help the parties to select and appoint a mediator, in accordance with Article 7 of the Rules.


**CONFIDENTIAL**
**WIPOM300321(1)**

**Jennifer LM Sendzul v BRAVO TV, Kathy Griffin, Andy Cohen, and NBCUniversal**
Dear Parties,

The WIPO Arbitration and Mediation Center (the "WIPO Center") acknowledges receipt on March 30, 2021 of the below Request for Mediation submitted by email by **Jennifer LM Sendzul** ("Requesting Party") in accordance with Article 4(a) of the WIPO Mediation Rules (the "Rules").  The Rules are available at https://www.wipo.int/amc/en/mediation/rules/.

The case number assigned to the Request for Mediation is **WIPOM300321(1)**.

The WIPO Center kindly invites **BRAVO TV, Kathy Griffin, Andy Cohen,** and **NBCUniversal** to indicate if they wish to continue with the present WIPO Mediation procedure.  The WIPO Center will then help the parties to select and appoint a mediator, in accordance with Article 7 of the Rules.

**Exhibit** 2. The WGA provided the below proof of registration. It advised that it could <u>not</u> issue an image of the copyright certificate.  This after weeks of claiming there was no record of registration under my name.

---

Hello Jennifer,

We're sorry; your last name on this record contained an extra space and we could not identify you. We have removed the extra space.

Here is your requested registration information:

**<u>WHAT MEN WANT AND WHAT WOMEN ARE PREPARED TO GIVE</u>**
Registration Number:  1220622
Effective Dates:       08/11/2007 - 08/11/**2012**
Screenplay/Screen
*Please note that this registration is *expired* and <u>cannot</u> be extended *or* duplicated

Registration is valid for five years and may be renewed *three months before the expiration date and up to three months after* the expiration date in additional five-year terms.  Registrations that are not renewed during the renewal period are destroyed and purged from our possession.  Expired registrations beyond the renewal period are not renewable.

If you would like to obtain registration for any material *previously* on file and *past* the three month grace period, you may submit a new copy of the material along with the registration fee and author information.  Material may be registered online.  Complete instructions for registering are available online at www.wgawregistry.org.  The registration fee is $20.00.  Login is not required for registration.

Due to the COVID-19 outbreak and California Governor's Stay at Home order, certificate purchases and mailing have been suspended indefinitely.

Sincerely,
**WGA**WEST Registry
Online Customer Service

Hi,

I have managed to locate my registration number, which is no:1220622.

**Exhibit** 3.   Falsighted certificate received from the alleged writer. Highlighted in red are the clear and obvious errors and omissions as per a standard WGA form.



**Exhibit** 4.   Public media statements  released during 2013. (Laurie Lacob et al)

https://almanacnews.com/news/2013/07/10/feature-story-producer-with-a-cause

The executive producer is Laurie Kraus Lacob of Woodside and the investors who backed the feature film, "The Hot Flashes," are for the most part Silicon Valley women.

Ms. Lacob believes one of the main reasons the project resonated with them is because it's "about a group of women in their late 40s who find a cause, jump behind it, and find that they empower themselves and find a new lease on life."

https://www.sfgate.com/movies/article/Women-take-a-shot-at-backing-basketball-film-4652761.php

"Lacob's pitch to investors emphasized that this was a women's story and that its cancer-prevention plotline gave it a public-health angle.  This resonated hugely with Selig.  "At this age, every one of us has been affected, either directly or a step removed, by cancer," she said. "

https://www.mercurynews.com/2013/06/28/society-a-happy-productive-time-at-vintage-affaire/

Under One Umbrella hosted the appreciation event for about 130 supporters of the Stanford Women's Cancer Center at the Li Ka Shing Center for Knowledge at the Stanford Medical School.

(Laurie Lacob professorship at Stanford University since 2012. Michaela Hoag is a member of Under One Umbrella)

https://www.etonline.com/movies/ 135639_The_Hot_Flashes_Premiere_Brooke_Shields_on_Rare_Ex perience_with_Co_Stars

"In alignment with the film's overarching message of philanthropy, *Hot Flashes* teamed up with the American Cancer Society, which helped back the comedy film."

**Exhibit** 4. Cont…

Reply from the American Cancer Society - disputing any partnership arrangement.

On 22 Jun 2020, at 23:11, Paul McGee <paul.mcgee@cancer.org> wrote:

Hi Jennifer,

We've received your message and asked our legal team to look into the history of this project with ACS. We actually we were not associated with the making of the film. Any concerns you have about the film's production would be better taken up with the filmmakers. Our participation in the project appears to have been primarily involved with a screening event of the completed movie.

**Paul McGee**
Strategic Director, Strategic Communications
716.523.6874 | m: 716.523.6874 | f: 716.689.4923
American Cancer Society, Inc.
726 Exchange Street Suite 815
Buffalo, NY 14210
cancer.org | 1.800.227.2345

House of Rose winery later re-enters the picture in 2013 when it premiers *The Hot Flashes* movie in Canada confirming the transmission link between WildSound and the film project.

https://www.e-know.ca/arts-entertainment/hot-flashes-come-cranbrook-fight-cancer/

"It's been fun and rewarding to bring this film to Kelowna and now to Cranbrook. As a winemaker you don't tend to get this close to Hollywood! More importantly, it allows us the opportunity to support the Canadian Cancer Society," says Rose. "If we can encourage even one woman to get a mammography during this process, it will truly be a success."

Reply from Canadian Cancer Society via a twitter request dated 23 February, 2021.

"It appears that this was a third party event that took place many years ago where CCS was selected as the beneficiary.  The Canadian Cancer Society is generally not involved with organizing, hosting or approving third party events such as this.  We therefore do not have any additional background information to provide."

**Exhibit** 5.  Video of Brooke Shields endorsing the wine her assistant ordered and imported and paid for by Shields.



- BC VQA – BC Wine Ends up on Hollywood Set: House of Rose sends their HOT FLASH™ wine to the cast and crew of The Hot Flashes (2012-03-28)

Video Link:     https://www.youtube.com/watch?v=1MPKDVrbhjU

**Exhibit** 6.  The interparty agreement Knights Capital 111 LLC (members Jay C Hoag and Michaela Hoag.)

