# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Jennifer LM Sendzul | CASE NUMBER |
| --- | --- |
| PLAINTIFF(S) | 2:21-cv-06894-RGK-KS |
| v. | |
| Jay C Hoag et al | **ORDER DIRECTING SERVICE OF PROCESS BY THE UNITED STATES MARSHAL** |
| DEFENDANT(S). | |

A request and declaration having been presented in compliance with the provisions of 28 U.S.C. § 1915; and an Order having been filed permitting commencement of suit without prepayment of filing fees;

IT IS HEREBY ORDERED that the United States Marshal is authorized to proceed with service of process upon the following defendants **only** without prepayment of cost, until further Order of the Court:

| Defendant | Capacity |
| --- | --- |
| Jay C. Hoag | ☒ individually ☐ official capacity |
| Knights Capital 111, LLC | ☒ individually ☐ official capacity |
| Michaela Hoag | ☒ individually ☐ official capacity |
| Laurie K. Lacob | ☒ individually ☐ official capacity |
| Bradford S. Henning | ☒ individually ☐ official capacity |
| Nina Henderson Moore | ☒ individually ☐ official capacity |
| Netflix, Inc. | ☒ individually ☐ official capacity |
| Netflix Streaming Services, Inc. | ☒ individually ☐ official capacity |

Upon receipt of this order, the United States Marshal may request that the defendant(s) waive service. If a waiver of service is not returned by a defendant within thirty (30) days of the date of mailing a request for waiver, the United States Marshal shall personally serve process upon that defendant.

November 18, 2021

Date

*Jay Klausner* (signature)

United States District Judge

CV-35 (11/96)    **ORDER DIRECTING SERVICE OF PROCESS BY THE UNITED STATES MARSHAL**