**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Jennifer LM Sendzul<br><br>PLAINTIFF(S)<br>v.<br>Jay C Hoag et al<br><br>DEFENDANT(S). | CASE NUMBER<br><br>2:21-cv-06894-RGK-KS<br><br>**ORDER DIRECTING SERVICE OF PROCESS BY THE UNITED STATES MARSHAL** |

A request and declaration having been presented in compliance with the provisions of 28 U.S.C. § 1915; and an Order having been filed permitting commencement of suit without prepayment of filing fees;

IT IS HEREBY ORDERED that the United States Marshal is authorized to proceed with service of process upon the following defendants **only** without prepayment of cost, until further Order of the Court:

| Defendant | Capacity |
|---|---|
| Vertical Entertainment LLC | ☒ individually  ☐ official capacity |
| Amazon.Com, Inc. | ☒ individually  ☐ official capacity |
| Amazon Digital Services LLC | ☒ individually  ☐ official capacity |
| Kathy Griffin | ☒ individually  ☐ official capacity |
| Daryl Hannah | ☒ individually  ☐ official capacity |
| Brooke C. Shields | ☒ individually  ☐ official capacity |
| Virginia Madsen | ☒ individually  ☐ official capacity |
|  | ☐ individually  ☐ official capacity |

Upon receipt of this order, the United States Marshal may request that the defendant(s) waive service. If a waiver of service is not returned by a defendant within thirty (30) days of the date of mailing a request for waiver, the United States Marshal shall personally serve process upon that defendant.

November 18, 2021
Date

*Jay Klausner* (signature)
United States District Judge