# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 2:21-cv-06894-RGK-KS | Date | November 18, 2021 |
|---|---|---|---|
| Title | *Jennifer LM Sendzul v. Jay C Hoag et al* | | |

**Present: The Honorable**  R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE

| Sharon L. Williams | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| Not Present | Not Present |

**Proceedings:**  (IN CHAMBERS) Order Re: Request for Service by Marshal [DE 30]

Presently before the Court is Plaintiff's request for service by marshal. (ECF No. 30.) On September 16, 2021, the magistrate judge granted Plaintiff's request to proceed *in forma pauperis*. (ECF No. 11.) Federal Rule of Civil Procedure 4 provides:

> At the plaintiff's request, the court may order that service be made by a United States marshal or deputy marshal or by a person specially appointed by the court. *The court must so order if the plaintiff is authorized to proceed in forma pauperis* under 28 U.S.C. §1915 or as a seaman under 28 U.S.C. §1916.

Fed. R. Civ. P. 4(c)(3) (emphasis added); *see also* 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process, and perform all duties in such cases."). In accordance with these rules, the Court directs the United States Marshal to effect service on the defendants in this case.

**IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | |

cc: USM