1  Jennifer L M Sendzul _(Full Name)_
2  CG3, Av De La Cort nada 6., Ed fic _(Address Line 1)_
3  C aud a 2-3a., Ord no AD300. ANDORRA _(Address Line 2)_
4  (+376) 642300 _(Phone Number)_
5  Jenn fer L M Sendzu    in Pro Per
   _(indicate Plaintiff or Defendant)_

FILED
CLERK, U.S. DISTRICT COURT
01/13/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: SW    DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Jennifer L M Sendzul, | Case No.: 2:21-cv-06894-RGK-KS |
|---|---|
| Plaintiff, | **REQUEST FOR EXTENSION** |
| vs. | |
| Jay C Hoag; Knights Capital 111 LLC; Michaela Hoag; Laurie K Lacob; et al | |
| Defendant(s). | |

I, Jennifer L M Sendzul, the _(check one)_ ☒ Plaintiff  ☐ Defendant
_(name)_

in this case, respectfully request an extension of time to file _(list the name of the document(s) you need more time to file):_ Extension for: Court order dated 11/18/2021, directing service of process by the United States Marshal with respect to case No 2:21-cv-06894-RGK-KS on named Defendants.

The above-referenced document(s) is/are currently due on  as per Court order.
_(insert date/s)_

I have received    no    prior extensions.
_(insert number of prior extensions granted)_

//

_Revised: August 2011_
_Prepared by Public Counsel_

1
Request for Extension

This extension is necessary because: _____

1. The Court has ordered the U S Marshal to effect service on the Defendants as per Rule 4(c) (3), 28 U.S.C. § 1915 (d) and Rule 4(m) of the Federal Rules of Civil Procedure.

2. Plaintiff has limited jurisdiction in the timing and progress of this process and is mindful that it coincided with the Festive Season, and nonetheless wishes to remain compliant of timeframes imposed by the FRCP.

Therefore, I ask that the Court grant me additional **\*\***_____ days to file the document(s) listed above.    \*\* the greater of 30 days or completion of the above order.

Date: __01/10/2022__      _____
(signature)

_____Jennifer L M Sendzul_____
(name)

__Plaintiff__ in Pro Per
(indicate Plaintiff or Defendant)

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

_____,

Plaintiff,

vs.

_____

_____,

Defendant(s).

Case No.: _____

**(PROPOSED) ORDER GRANTING REQUEST FOR EXTENSION**

Having considered _____'s Request,
(indicate Plaintiff or Defendant)

IT IS HEREBY ORDERED that the Request for Extension of Time is GRANTED. _____ has _____ days from the date
(indicate Plaintiff or Defendant)   (# of days)

of this order to file _____

_____

_____.

DATED: _____    Signed: _____

Hon. _____
(insert Judge's name)

*Revised: August 2011*
*Prepared by Public Counsel*

1
(Proposed) Order

1  _____(Full Name)
2  _____(Address Line 1)
3  _____(Address Line 2)
4  _____(Phone Number)
5  _____ in Pro Per
6  (indicate Plaintiff or Defendant)

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

_____,

        Plaintiff,

    vs.

_____
_____
_____
_____
_____,

        Defendant(s).

Case No.: _____

**PROOF OF SERVICE BY MAIL**

    I, _____, declare as follows:
            (name of person serving documents)

    My address is _____
_____, which is located in the county where the mailing described below took place.

//

*Revised: August 2011*
*Prepared by Public Counsel*

1
Proof of Service

On _____, I served the documents described as:
(date of mailing)

1. REQUEST FOR EXTENSION

2. (PROPOSED) ORDER GRANTING REQUEST FOR EXTENSION

_____
(list the names of any other documents you are mailing)

_____

_____

_____

on all interested parties in this action by placing a true and correct copy thereof in a sealed envelope, with first-class postage prepaid thereon, and deposited said envelope in the United States mail at or in _____,
(city and state of mailing)
addressed to:

| _____ (name) | _____ (name) |
| _____ (address) | _____ (address) |
| _____ (address) | _____ (address) |
| _____ (address) | _____ (address) |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____ at _____.
(date)                                    (city and state of signing)

_____
(sign)

_____
(print name)