NICOLAS A. JAMPOL (State Bar No. 244867)
nicolasjampol@dwt.com
CYDNEY SWOFFORD FREEMAN (State Bar No. 315766)
cydneyfreeman@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Telephone: (213) 633-6800

Attorneys for Amazon Defendants

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER LM SENDZUL, independent screenplay writer, Plaintiff(s) v. JAY C. HOAG, et al., Defendant(s). | CASE NUMBER 2:21-cv-06894-RGK-KS (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Krishnan, Meenakshi
*Applicant's Name (Last Name, First Name & Middle Initial)*

202.973.4200  *Telephone Number*
202.973.4499  *Fax Number*
MeenakshiKrishnan@DWT.com  *E-Mail Address*

Davis Wright Tremaine LLP
1301 K Street NW, Suite 500 East
Washington, D.C. 20050
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

AMAZON.COM, INC.; and AMAZON.COM SERVICES LLC., erroneously sued as AMAZON DIGITAL SERVICES LLC
*Name(s) of Party(ies) Represented*

☐ Plaintiff(s)  ☒ Defendant(s)  ☐ Other: _____

**and designating as Local Counsel**

Cydney Freeman Swofford
*Designee's Name (Last Name, First Name & Middle Initial)*

315766  *Designee's Cal. Bar No.*
213.633.6800  *Telephone Number*
213.633.6899  *Fax Number*
cydneyfreeman@dwt.com  *E-Mail Address*

Davis Wright Tremaine LLP
865 S. Figueroa Street, Suite 2400
Los Angeles, CA 90017
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
 ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
 ☐ for failure to complete Application: _____
  ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
  ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

Dated _____

_____
U.S. District Judge/U.S. Magistrate Judge