UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER L M SENDZUL <br><br> Plaintiff(s), <br><br> v. <br><br> JAY C HOAG, et al. <br><br> Defendant(s). | CASE NO: <br> 2:21−cv−06894−RGK−KS <br><br><br> ORDER SETTING SCHEDULING CONFERENCE |

A scheduling conference has been placed on calendar for **April 25, 2022**

**at 09:00 AM.** The Conference will be held pursuant to F.R.Civ. P. 16(b). Trial counsel

must be present and there are no telephonic appearances. Counsel are ordered to file

a joint statement providing a brief factual summary of the case, including the claims

being asserted. The parties are reminded of their obligations to disclose information and

confer on a discovery plan not later than 21 days prior to the scheduling conference,

and to file a joint statement with the Court not later than 14 days after they confer, as

required by F.R. Civ.P. 26 and the Local Rules of this Court. Failure to comply may

lead to the imposition of sanctions. Plaintiff's counsel is directed to give notice of the

scheduling conference to each party that makes an initial appearance in the action after

this date.

DATED: February 16, 2022

_____
R. Gary Klausner
United States District Judge

−1−