| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See *"Instructions for Service of Process by U.S. Marshal"* |
|---|---|
| **PLAINTIFF**<br>Jennifer L M Sendzul | **COURT CASE NUMBER**<br>2:21-cv-06894-RGK-KS |
| **DEFENDANT**<br>Jay C Hoag, et al. | **TYPE OF PROCESS** |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Bradford S. Henning
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
4384 Cesar Chavez Street, San Francisco, CA 94131

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Number of process to be served with this Form 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Signature of Attorney other Originator requesting service on behalf of:  ☐ PLAINTIFF  ☐ DEFENDANT    TELEPHONE NUMBER    DATE

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process<br>15 | District of Origin No.<br>12 | District to Serve No.<br>12 | Signature of Authorized USMS Deputy or Clerk | Date<br>1-20-22 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date<br>2/07/22 | Time<br>1:15 | ☐ am ☒ pm |

Address *(complete only different than shown above)*

Signature of U.S. Marshal or Deputy

Costs shown on *attached USMS Cost Sheet* >>

**REMARKS**

New resident at 4384 Cesar Chavez Street states that Bradford Henning no longer lives at the above residence. Please find new address for Bradford S. Henning

REC'D USMS C/CA - CIVIL
JAN 20 '22 PM 2:22

FILED
CLERK, U.S. DISTRICT COURT
FEB 22 2022
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

Form USM-285
Rev. 03/21

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:21-cv-06894-RGK-KS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* BRADFORD HENNING

was received by me on *(date)* .

☐ I personally served the summons on the individual at *(place)*

                on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

            , a person of suitable age and discretion who resides there,

on *(date)*     , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*     , who is designated by law to accept service of process on behalf of *(name of organization)*

            on *(date)* ; or

☒ I returned the summons unexecuted because See Remarks ; or

☐ Other *(specify)*:

My fees are $ 16.30 for travel and $ 65.00 for services, for a total of $ 81.30 .

I declare under penalty of perjury that this information is true.

Date: 02/07/2022

                                  *Server's signature*

                             EDWARD PICONA, DUSM
                              *Printed name and title*

                     1301 Clay St, Oakland, CA
                          *Server's address*

Additional information regarding attempted service, etc: