U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "*Instructions for Service of Process by U.S. Marshal*"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Jennifer L M Sendzul | 2:21-cv-06894-RGK-KS |
| DEFENDANT | TYPE OF PROCESS |
| Jay C Hoag, et al. | |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Daryl Hannah - Agent/Representative Mr. W. Paul Schuck

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
One Embarcadero Center, Suite 800, San Francisco, CA 94111

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | Number of process to be served with this Form 285 | |
|---|---|---|
| | Number of parties to be served in this case | |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service*):

Signature of Attorney other Originator requesting service on behalf of:  ☐ PLAINTIFF  ☐ DEFENDANT   TELEPHONE NUMBER   DATE

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 15 | 12 | 12 | [signature] | 1.20.22 |

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (*See remarks below*)

| Name and title of individual served (if not shown above) | FILED CLERK, U.S. DISTRICT COURT | Date 02/07/2022 | Time 1150 | ☒ am ☐ pm |
|---|---|---|---|---|
| Address (complete only if different than shown above) | FEB 22 2022 CENTRAL DISTRICT OF CALIFORNIA KMH  DEPUTY | | Signature of U.S. Marshal or Deputy [signature] | |

*Costs shown on attached USMS Cost Sheet >>*

**REMARKS**

Representatives at Bartko, Zankel, Bunzel, place in which Daryl Hannah works at claim to have never represented Mr. W. Paul Schuck. Please clarify if Daryl Hannah needs to be summoned. Additionally, please find the correct individual who takes civil process paperwork for employees at "Bartko, Zankel, Bunzel"

REC'D USMS C/CA - CIVIL
JAN 20 '22 PM 2:22

Form USM-285
Rev. 03/21

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:21-cv-06894-RGK-KS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* DARYL HANNAH

was received by me on *(date)* .

☐ I personally served the summons on the individual at *(place)*
    on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
    , a person of suitable age and discretion who resides there,
    on *(date)* , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* , who is
    designated by law to accept service of process on behalf of *(name of organization)*
    on *(date)* ; or

☒ I returned the summons unexecuted because   See Remarks   ; or

☐ Other *(specify)*:

My fees are $ 12.87 for travel and $ 65 for services, for a total of $ 77.87 .

I declare under penalty of perjury that this information is true.

Date: 2/07/2022

*Server's signature*

EDWARD PIEDRA, DUSM
*Printed name and title*

1301 Clay ST, OAKLAND, CA
*Server's address*

Additional information regarding attempted service, etc: