U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Jennifer L M Sendzul | 2:21-cv-06894-RGK-KS |
| **DEFENDANT** | **TYPE OF PROCESS** |
| Jay C Hoag, et al. | |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Knights Capital 111, LLC, a California Limited Liability Company
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
2475 Hanover Street, Suite 100, Palo Alto, CA 94306

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Number of process to be served with this Form 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

Signature of Attorney other Originator requesting service on behalf of: ☐ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 15 | 12 | 12 | /s/ | 1-20-22 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*: Douglas Timm, Rosewood Family Advisors
Date: 2-17-22  Time: 2:45 ☒ pm

Address *(complete only if different than shown above)*

Signature of U.S. Marshal or Deputy: /s/

*Costs shown on attached USMS Cost Sheet >>*

REMARKS

FILED
CLERK, U.S. DISTRICT COURT
FEB 22 2022
CENTRAL DISTRICT OF CALIFORNIA
KMN  DEPUTY

REC'D USMS C/CA - CIVIL
JAN 20 '22 PM 2:09

Form USM-285
Rev. 03/21