Exhibit E

## Jampol, Nicolas

| | |
|---|---|
| **From:** | Jampol, Nicolas |
| **Sent:** | Wednesday, March 9, 2022 9:28 AM |
| **To:** | 'Jennifer Sendzul' |
| **Cc:** | Freeman, Cydney |
| **Subject:** | RE: SUBJECT: Civil Action No. 2:21-cv-06894-RGK-KS. |

Hi Ms. Sendzul,

To be clear, you had already agreed to the extension last week as your email below demonstrates. We were simply asking you to sign the stipulation confirming that extension or propose any changes to the stipulation. I understand your email to mean that you are withdrawing your consent for an extension. Pursuant to Local Rule 7-19.1, please be advised that we will move the Court today *ex parte* for a fourteen-day extension for Ms. Moore to respond to the complaint. The grounds for the motion will be that you previously granted, in writing, Ms. Moore a thirty-day extension and are now, on the day her response is due, withdrawing that consent and refusing to enter into the stipulation.

Please let me know if you oppose the *ex parte* application.

Thanks,
Nick.

**Nicolas Jampol** | Davis Wright Tremaine LLP
865 S Figueroa Street, Suite 2400 | Los Angeles, CA 90017
(213) 633-8651 | nicolasjampol@dwt.com | www.dwt.com

Anchorage | Bellevue | Los Angeles | New York | Portland | San Francisco | Seattle | Washington, D.C.

**From:** Jennifer Sendzul <oortcloudfilms@gmail.com>
**Sent:** Wednesday, March 9, 2022 8:38 AM
**To:** Jampol, Nicolas <NicolasJampol@dwt.com>
**Subject:** Re: SUBJECT: Civil Action No. 2:21-cv-06894-RGK-KS.

[EXTERNAL]

Dear Mr Jampol,

Please refer to my email. Under no circumstances are you imply that I have agreed to any such thing in your stipulation.

I'm not agreeing to any further eleventh hour extensions.

Sincerely,

Jennifer Sendzul

On Wed, Mar 9, 2022 at 3:52 PM Jampol, Nicolas <NicolasJampol@dwt.com> wrote:

  Hi Ms. Sendzul,

Thanks for confirming the 30-day extension. Could you please affix your signature to the attached, or do you have any proposed changes?

Thanks,

Nick.

**Nicolas Jampol** | Davis Wright Tremaine LLP
865 S Figueroa Street, Suite 2400 | Los Angeles, CA 90017
(213) 633-8651 | nicolasjampol@dwt.com | www.dwt.com

Anchorage | Bellevue | Los Angeles | New York | Portland | San Francisco | Seattle | Washington, D.C.

---

**From:** Jennifer Sendzul <oortcloudfilms@gmail.com>
**Sent:** Wednesday, March 9, 2022 3:57 AM
**To:** Freeman, Cydney <CydneyFreeman@dwt.com>; Jampol, Nicolas <NicolasJampol@dwt.com>
**Subject:** Fwd: SUBJECT: Civil Action No. 2:21-cv-06894-RGK-KS.

**[EXTERNAL]**

---

Please note my correspondence with Ms Henderson.

Sincerely,

Jennifer Sendzul

---------- Forwarded message ---------
From: **Jennifer Sendzul** <oortcloudfilms@gmail.com>
Date: Fri, 4 Mar 2022 at 16:17
Subject: Re: SUBJECT: Civil Action No. 2:21-cv-06894-RGK-KS.
To: <nina@griotproductions.com>

Dear Nina,

Your deadline for March, 9 certainly doesn't leave you much time. I understand that your elderly parents and their care are your priority right now and therefore I have no problem with your request for a 30 day extension.

Please draft your extension for extra time to the court and show good cause for why you need the extra time. We can set our meet and confer for March, 30 which will give you more than enough time to prepare your response and meet your new deadline. Once you have prepared your notice for extra time please sign it and send it to me for my signature and then you can submit it to the court.

Please also include a copy of your receipt of summons and attach it to your notice.

Sincerely,

Jennifer Sendzul

On Fri, 4 Mar 2022 at 05:37, Nina Henderson Moore <nina@griotproductions.com> wrote:

Ms Sendzul,

I am writing re: the lawsuit,  Civil Action No. 2:21-cv-06894-RGK-KS, to request a 30-day extension to secure counsel and respond to the complaint.  My current deadline is March 9, 2022.  A 30-day extension would mean my response is due on April 8, 2022.  I am in the process of trying to move my elderly parents, and coordinate care for them and would appreciate the additional time.  If you would agree to some time, but not the full 30-days, please let me know.

Thank you in advance for considering my request.

Sincerely,

Nina Henderson Moore

--

Jennifer Sendzul
OORTCLOUDFILMS

--

Jennifer Sendzul
OORTCLOUDFILMS