1  NICOLAS A. JAMPOL (State Bar No. 244867)
     nicolasjampol@dwt.com
2  CYDNEY SWOFFORD FREEMAN (State Bar No. 315766)
     cydneyfreeman@dwt.com
3  DAVIS WRIGHT TREMAINE LLP
   865 South Figueroa Street, 24th Floor
4  Los Angeles, California 90017-2566
   Telephone: (213) 633-6800
5  Fax: (213) 633-6899

6  MEENAKSHI KRISHNAN (*pro hac vice*)
     meenakshikrishnan@dwt.com
7  DAVIS WRIGHT TREMAINE LLP
   1301 K Street NW, Suite 500 East
8  Washington, D.C. 20005
   Telephone: (202) 973-4200
9  Fax: (202) 973-4499

10 Attorneys for Defendants
   AMAZON.COM, INC.; AMAZON.COM
11 SERVICES LLC; NINA HENDERSON
   MOORE; NETFLIX, INC.; and NETFLIX
12 STREAMING SERVICES, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER LM SENDZUL, independent screenplay writer,<br><br>Plaintiff,<br><br>vs.<br><br>JAY C HOAG, an individual; KNIGHTS CAPITAL 111 LLC., is a California Limited Liability Company; MICHAELA HOAG an individual; LAURIE K LACOB an individual; BRADFORD S HENNIG an individual; NINA HENDERSON MOORE an individual; NETFLIX INC., is a Delaware corporation; NETFLIX STREAMING SERVICES INC., is a Delaware Corporation VERTICAL ENTERTAINMENT LLC., is a California Limited Liability Company., AMAZON.COM INC ., is a Delaware corporation; AMAZON DIGITAL SERVICES LLC., is a Delaware Limited Liability Company; KATHY GRIFFIN an individual; DARYL HANNAH an individual; BROOKE C SHIELDS an individual; VIRGINIA MADSEN an individual,<br><br>Defendants. | Case No.: 2:21-cv-06894-RGK-KLS<br><br>**DECLARATION OF CYDNEY SWOFFORD FREEMAN IN SUPPORT OF AMAZON.COM, INC. AND AMAZON.COM SERVICES LLC'S MOTION TO DISMISS** |

## DECLARATION OF CYDNEY SWOFFORD FREEMAN

I, Cydney Swofford Freeman, declare as follows:

1. I am an attorney admitted to practice before all courts of the State of California and before this Court. I am a counsel in the law firm of Davis Wright Tremaine LLP, and I am one of the attorneys representing defendants Amazon.com, Inc. and Amazon.com Services LLC (erroneously sued as Amazon Digital Services LLC) ("Amazon") in this matter, as well as defendants Nina Henderson Moore, Netflix, Inc., and Netflix Streaming Services, Inc. If called to testify, I could and would competently testify to these facts.

2. In support of its concurrently filed motion to dismiss, Amazon is separately lodging with the Court a DVD containing Exhibit 1. Exhibit 1 is a true and correct DVD copy of the allegedly infringing film, *The Hot Flashes*. Amazon also is serving a DVD copy of Exhibit 1 on *pro se* plaintiff Jennifer Sendzul and counsel for defendant Kathy Griffin.

3. On March 4, 2022, I met and conferred with Plaintiff regarding Amazon's motion to dismiss. We spoke about Amazon's motion again on March 9, 2022. During those discussions, Plaintiff confirmed that she claims only that Amazon vicariously infringes her copyright.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct, and that this Declaration was executed on the 16th day of March, 2022, in Los Angeles, California.

*/s/ Cydney Swofford Freeman*
Cydney Swofford Freeman

1
FREEMAN DECLARATION ISO AMAZON'S MOTION TO DISMISS
4880-7668-7886v.1 0118865-000001

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899