| | |
|---|---|
| 1  Jennifer L M Sendzul | FILED<br>CLERK, U.S. DISTRICT COURT<br>APR 7, 2022<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: ____JRE____ DEPUTY |
| 2  CG 3, Av De La Cortinada 6, Edifici Claudia 2-3a, | |
| 4  Ordino. AD300. ANDORRA. | |
| 5  Telephone: (+376) 642300 | |
| 6  oortcloudfilms@gmail.com | |
| 7  Plaintiff in Pro Se | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jennifer L M Sendzul, independent screenplay writer. | CASE NO: 2:21-cv-06894-RGK-KS |
| Plaintiff | *The Honorable R.Gary Klausner* |
| v | |
| JAY C HOAG, is an individual; KNIGHTS CAPITALo 111 LLL, is a California Limited Liability Company; MICHAELA HOAG is an individual; LAURIE K LACOB is an individual; BRADFORD S HENNIG is an individual; NINA HENDERSON MOORE is an individual; NETFLIX INC., is a Delaware Corporation; NETFLIX STEAMING SERVICES INC., is a Delaware Corporation; VERTICAL ENTERTAINMENT LLC., is a California Limited Liability Company; AMAZON. COM INC., is a Delaware Corporation; DARYL HANNAH is an individual; BROOKE SHIELDS is an individual; VIRGINIA MADSEN is an individual. | **REQUEST FOR EXTENSION OF TIME**<br><br>**DATE FILED: APRIL 7, 2022** |
| Defendants | |

1

1. I Jennifer L M Sendzul, Pro Se Litigant in the case respectfully requests, due to women's health issues, an extension of 30 days and for the Honorable Judge to stop the clock until May 9, 2022 regarding all proceedings.
2. I have received no prior extensions in this case.
3. The extension is necessary due to continued health issues which are aggravated due to stressful situations.
4. Therefore I ask the court to grant me the 30 days to extract myself from the stressful situation to regain my physical and mental strength.

I Jennifer L M Sendzul declare this under penalty of perjury that the foregoing is true and correct and executed on this day in the Principality of Andorra.

Date: April 7, 2022.                                    _____

                                                        Jennifer L M Sendzul
                                                        Pro Se Litigant

## FEDERAL COURT PROOF OF SERVICE LIST

Jennifer L M Sendzul v. Jay C Hoag et al.,

USDC Case No. 2:21-cv-06894-RGK-KLSx

**Request for extension of time filed: 04/07/2022**

These documents were served by the following means:

Submitted to the Central District of California's CM/ECF System. Notification of this e-filing was sent the service list below.

**COUNSEL FOR DEFENDANT KATHY GRIFFIN.**

LEWIS BRISBOIS BISGAARD & SMITH LLP
Dana Alden Fox, SB#  119761
Email: dana.fox@lewisbrisbois.com

Michael S Moss SB# 211115
Email: michael.moss@lewisbrisbois.com
663 West Fifth Street, Suit 4000
Los Angeles, California. 90071
Telephone: 213.250.1800
Facsimile:  213.250.7900

**COUNSEL FOR DEFENDANT AMAZON**

DAVIS WRIGHT TREMAINE LLP
Cydney Swafford Freeman, Esq.
Email: cydneyfreeman@dwt.com

Nicolas A Jampol
Email:  nicolasjampol@dwt.com

85 South Figueroa Street, Suite 2400
Los Angeles, CA 90017-2566
Telephone: 213.633.6800
Facsimile:  213.633.6899

Meenasksi Krishnan  (pro hac vice)
Email:  MeenaksiKrishnan@dwt.com
1301 K  Street NW, Suite 500 East Washington, D.C. 20005
Telephone:  (202) 973 4200
Fax:           (202) 973 4499

Date Filed: April 7, 2022.                              _____

                                                                        **Jennifer L M Sendzul**
                                                                        Pro Se Litigant