# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:21-cv-06894-RGK-KS | Date | April 25, 2022 |
| Title | Jennifer LM Sendzul v. Jay C Hoag et al | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Holidae Crawford | Marea Woolrich | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Cydney Freeman |
| | Nicolas Jampol |

**Proceedings:** **SCHEDULING CONFERENCE (Not Held)/STATUS CONFERENCE**

 Case called. The plaintiff, pro se, is not present. The case is placed on second call and plaintiff is again not present. The Court sets an Order to Show Cause Hearing for May 9, 2022 at 9:00 a.m. to determine why the complaint should not be dismissed for lack of prosecution.

 The Scheduling Conference is continued to May 9, 2022 at 9:00 a.m.

 **IT IS SO ORDERED.**

| | : | 03 |
|---|---|---|
| Initials of Preparer | hc | |