# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | 2:21-cv-06894-RGK-KSx | Date | May 9, 2022 |
|---|---|---|---|
| Title | Jennifer LM Sendzul v. Jay C Hoag, et al. | | |

**Present: The Honorable** R. GARY KLAUSNER

| Joseph Remigio | Gaye Limon |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| No appearances by or on behalf of Plaintiff | Cydney Freeman<br>Nicolas Jampol<br>Alex Weingarten |

**Proceedings:** ORDER TO SHOW CAUSE / SCHEDULING CONFERENCE

The case is called and counsel for certain defendants make their appearance. No appearance is made by or on behalf of Plaintiff.

The Court advises counsel that a ruling on Plaintiff's Motion to Transferring Case to Appropriate Court [125] will be issued shortly, and that the Court will determine Plaintiff's lack of prosecution accordingly.

|  | : | 02 |
|---|---|---|
| Initials of Preparer | jre | |