# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

JS6

### CIVIL MINUTES - GENERAL

| Case No. | 2:21-cv-06894-RGK-KS | Date | May 9, 2022 |
|---|---|---|---|
| Title | *Jennifer LM Sendzul v. Jay C Hoag, et al.* | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Joseph Remigio | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) Order of Dismissal

On April 25, 2022, Plaintiff failed to appear for the calendared scheduling conference in this action.[1] (*See* ECF No. 119.) The Court informed the parties that, due to Plaintiff's failure to appear, there would be an Order to Show Cause hearing on May 9, 2022, as to why the case should not be dismissed for lack of prosecution. (*Id.*)

During the time between the scheduling conference and the Order to Show Cause hearing, Plaintiff filed a Motion to Transfer the Case. (ECF No. 125.) Based on the contents of the Motion, which cited to 28 U.S.C. § 144, attached an affidavit, and focused primarily on the alleged unfairness of various Court rulings, the Court reviewed it as a motion to disqualify the Court for alleged bias. The Court found the motion legally insufficient and denied it on May 9, 2022. On the same day, Plaintiff failed to appear for the Order to Show Cause hearing. Accordingly, the Court **DISMISSES** this action for lack of prosecution. The motions currently pending at Docket Nos. 77 and 112 are **DENIED** *as moot*. The Clerk shall close this case.

**IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | jre/a |

---

[1] Plaintiff had previously filed a request to stay the case (styled as a "Request for Extension of Time") that the Court denied. (*See* ECF Nos. 109, 117.)