1  Jenn fer L M Sendzu

2  CG 3, Av De La Cortinada 6, Edifici Claudia 2-3a,

4  Ordino. AD300. ANDORRA.

5  Telephone: (+376) 642300

6  oortcloudfilms@gmail.com

7  Plaintiff in Pro Se

FILED
CLERK, U.S. DISTRICT COURT

APR 25 2022

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ JRE _____ DEPUTY

8  ## UNITED STATES DISTRICT COURT

9  ## CENTRAL DISTRICT OF CALIFORNIA

10  Jennifer L M Sendzul,  independent screenplay

11  writer.

12                  Plaintiff

13                        v

14  JAY C HOAG, is an individual; KNIGHTS CAPITAL

15  111 LLL, is a California Limited Liability Company;

16  MICHAELA HOAG is an individual; LAURIE K LACOB

17  is an individual; BRADFORD S HENNIG is an individual

18  NINA HENDERSON MOORE is an individual; NETFLIX

19  INC., is a Delaware Corporation; NETFLIX STEAMING

20  SERVICES INC., is a Delaware Corporation;

21  VERTICAL ENTERTAINMENT LLC., is a California

22  Limited Liability Company; AMAZON. COM INC., is

23   a Delaware Corporation; KATHY GRIFFIN is an

24   individual; DARYL HANNAH is an individual;

25  BROOKE SHIELDS is an individual; VIRGINIA

26  MADSEN is an individual.

27

28                  Defendants

CASE NO: 2:21-cv-06894-RGK-KS

*The Honorable R.Gary Klausner*
*Courtroom 850*

**NOTICE TO THE COURT:**

**CASE MANAGEMENT SCHEDULING CONFERENCE**

**DATED: APRIL 25, 2022**

1

**NOTICE TO THE COURT FOR SCHEDULING CONFERENCE**

Please note that PLAINTIFF JENNIFER L M SENZUL is unable to attend today's scheduling conference in person. The Court has been aware of the fact that the Plaintiff is a Pro Se Litigant, In Forma Pauperis and the geographical coordinates make attendance not physically possible. In addition, the court has offered no alternative forum - such a Zoom conferencing facilities.

Plaintiff filed a Notice of Complaint on the 04/20/2022 to the Court as a statement of record. A copy of this complaint was also emailed to all counsel for Defendants on the same day.

Plaintiff respectfully requests that the court enter this Notice of Complaint as an agenda item for today's scheduled conference.

DATED: APRIL 25, 2022

Jennifer L M Sendzul

Pro Se Litigant

## FEDERAL COURT PROOF OF SERVICE LIST

2                    **Jennifer L M Sendzul v. Jay C Hoag et al.,**

3                    **USDC Case No. 2:21-cv-06894-RGK-KLSx**

4    **NOTICE TO THE COURT RE SCHEDULING CONFERENCE: 04/25/2022**

5    These documents were served by the following means:

6    Submitted to the Central District of California's CM/ECF System. Notification of this
7    e-filing was sent the service list below.

8    **COUNSEL FOR DEFENDANT KATHY GRIFFIN.**

9    LEWIS BRISBOIS BISGAARD & SMITH LLP
     Dana A den Fox, SB# 119761
10   Email: dana.fox@lewisbrisbois.com

11   Michael S Moss SB# 211115
     Email: michael.moss@lewisbrisbois.com
12   663 West Fifth Street, Suit 4000
     Los Angeles, California. 90071
13   Telephone: 213.250.1800
     Facsimile: 213.250.7900

14

15   **COUNSEL FOR DEFENDANT AMAZON & OTHERS**

16   DAVIS WRIGHT TREMAINE LLP
     Cydney Swafford Freeman, Esq.
17   Email: cydneyfreeman@dwt.com

18   Nicolas A Jampol
     Email: nicolasjampo@dwt.com
19

20   865 South Figueroa Street, Suite 2400
     Los Angeles, CA 90017-2566
21   Telephone: 213.633.6800
     Facsimile: 213.633.6899

22   Meenaksis Krishnan (pro hac vice)
     Email: MeenaksisKrishnan@dwt.com
23   1301 K Street NW, Suite 500 East Washington, D.C. 20005
     Telephone: (202) 973 4200
24   Fax:          (202) 973 4499

25   **COUNSEL FOR DEFENDANT BROOKE SHIELDS**
26   WILLKIE FARR & GALLAGER LLP
     2029 Century Park East, Los Angeles, CA90067-2905
27   Telephone: 310 855 3000
     Facsimile: 319 855 3009
28

     spalmer1@wilke.com
     agarcia2@wilke.com
     award@wilke.com
     MaoLA@wilke.com

          Date Filed: April 25, 2022.

                                                      **Jennifer L M Sendzul**
                                                      Pro Se Litigant