| | |
|---|---|
| Name | Jennifer L M Sendzul |
| Address | CG 3, Av De La Cortinada 6, Edifici Claudia 2-3a |
| City, State, Zip | Ordino. AD300. ANDORRA |
| Phone | 00376 642300 |
| Fax | |
| E-Mail | oortcloudfilms@gmail.com |

☐ FPD   ☐ Appointed   ☐ CJA   ☒ Pro Per   ☐ Retained

FILED
CLERK, U.S. DISTRICT COURT
5/18/22
CENTRAL DISTRICT OF CALIFORNIA
BY: CS  DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Jennifer L M Sendzul

PLAINTIFF(S),

v.

Jay C Hoag, Michaela Hoag, Laurie K Lacob, Nina Henderson Moore, Netflix, Netflix Streaming. et al

DEFENDANT(S).

CASE NUMBER:

2:21-CV-06894-RGK-KS

**NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN that _Jennifer L M Sendzul_ hereby appeals to
*Name of Appellant*
the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

☒ Order (specify): Dkt. No. 130 Filed by the Court on May 9, 2022

☐ Judgment (specify):

☐ Other (specify):

Imposed or Filed on _____. Entered on the docket in this action on _May 9, 2022_.

A copy of said judgment or order is attached hereto.

_May 16, 2022_
Date

_[signature]_
Signature
☒ Appellant/ProSe   ☐ Counsel for Appellant   ☐ Deputy Clerk

**Note:** The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | 2:21-cv-06894-RGK-KS | Date | May 9, 2022 |
|---|---|---|---|
| Title | *Jennifer LM Sendzul v. Jay C Hoag, et al.* | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | | |
|---|---|---|---|
| Joseph Remigio | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendant: |
| Not Present | | Not Present |

**Proceedings:** (IN CHAMBERS) Order Re: Plaintiff's Motion to Transfer Case [DE 125]

On April 29, 2022, Plaintiff filed a motion styled as a Motion to Transfer the Case to the Appropriate Court. (ECF No. 125.) Included with the Motion is a request to disqualify this Court pursuant to 28 U.S.C. § 144. The Court finds it proper to rule on the Motion itself, as the "challenged judge . . . should rule on the legal sufficiency of a recusal motion in the first instance." *United States v. Studley*, 783 F.2d 934, 940 (9th Cir. 1986); *see also* C.D. Cal. Gen. Order 21-01 ([A disqualification motion] must first be reviewed by the district judge to whom that case is assigned, even if that judge is the subject of the motion to disqualify."). If the affidavit accompanying the motion is legally insufficient, then recusal can be denied. *United States v. $292, 888.04 in U.S. Currency*, 54 F.3d 564, 566 (9th Cir. 1995).

Plaintiff bases her argument for recusal on the alleged biases of this Court. However, the biases she asserts result solely from this Court's rulings on both procedural and substantive matters. "Judicial rulings alone almost never constitute a valid basis for a bias or partiality motion." *Liteky v. United States*, 510 U.S. 540, 555 (1994). Recusal "is required only if the bias or prejudice stems from an extrajudicial source and not from conduct or rulings made during the course of the proceeding." *Pau v. Yosemite Park & Curry Co.*, 928 F.2d 880, 885 (9th Cir. 1991). Plaintiff makes no assertions that this Court's alleged bias arises from an extrajudicial source. Rather, her "grievances are based entirely on court rulings with which she disagrees." *Citizen v. Cty. of San Bernardino*, 2021 WL 4228054, at *4 (C.D. Cal. Aug. 5, 2021). "Adverse findings do not equate to bias." *United States v. Johnson*, 610 F.3d 1138, 1148 (9th Cir. 2010). Accordingly, her affidavit is legally insufficient and the Court **DENIES** the request for recusal and transfer of venue.

**IT IS SO ORDERED.**

| | : | |
|---|---|---|
| | Initials of Preparer | jre/a |

| CV-90 (06/04) | CIVIL MINUTES - GENERAL | Page 1 of 1 |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Jennifer L M Sendzul, | CASE NUMBER |
|---|---|
| v. PLAINTIFF(S) | 2:21-cv-06894-RGK-KS |
| Jay C Hoag et al, | ORDER RE REQUEST TO PROCEED *IN FORMA PAUPERIS* |
| DEFENDANT(S) | |

**IT IS ORDERED** that the Request to Proceed *In Forma Pauperis* is hereby GRANTED.

_September 16, 2021_  _Karen L. Stevenson_
Date                      United States Magistrate Judge

**IT IS RECOMMENDED** that the Request to Proceed *In Forma Pauperis* be **DENIED** for the following reason(s):

☐ Inadequate showing of indigency        ☐ District Court lacks jurisdiction
☐ Legally and/or factually patently frivolous   ☐ Immunity as to _____
☐ Other: _____

Comments:

_____                            _____
Date                                      United States Magistrate Judge

**IT IS ORDERED** that the Request to Proceed *In Forma Pauperis* is hereby:

☐ GRANTED
☐ DENIED (see comments above). IT IS FURTHER ORDERED that:
   ☐ Plaintiff SHALL PAY THE FILING FEES IN FULL within 30 days or this case will be dismissed.
   ☐ This case is hereby DISMISSED immediately.
   ☐ This case is hereby REMANDED to state court.

_____                            _____
Date                                      United States District Judge

CV-73 (08/16)         ORDER RE REQUEST TO PROCEED *IN FORMA PAUPERIS*

## FEDERAL COURT PROOF OF SERVICE LIST

Jennifer L M Sendzul v. Jay C Hoag et al.,

USDC Case No. 2:21-cv-06894-RGK-KLSx

**NOTICE OF APPEAL TO THE NINTH CIRCUIT COURT 05/16/2022**

These documents were served by the following means:

Submitted to the Central District of California's CM/ECF System. Notification of this e-filing was sent the service list below.

**COUNSEL FOR DEFENDANT KATHY GRIFFIN.**

LEWIS BRISBOIS BISGAARD & SMITH LLP
Dana Alden Fox, SB#  119761
Email: dana.fox@lewisbrisbois.com

Michael S Moss SB# 211115
Email: michael.moss@lewisbrisbois.com
663 West Fifth Street, Suit 4000
Los Angeles, California. 90071
Telephone: 213.250.1800
Facsimile:   213.250.7900

**COUNSEL FOR DEFENDANT AMAZON & OTHERS**

DAVIS WRIGHT TREMAINE LLP
Cydney Swafford Freeman, Esq.
Email: cydneyfreeman@dwt.com

Nicolas A Jampol
Email:  nicolasjampol@dwt.com

85 South Figueroa Street, Suite 2400
Los Angeles, CA 90017-2566
Telephone: 213.633.6800
Facsimile:   213.633.6899

Meenasksi Krishnan  (pro hac vice)
Email:  MeenaksiKrishnan@dwt.com
1301 K  Street NW, Suite 500 East Washington, D.C. 20005
Telephone: (202) 973 4200
Fax:         (202) 973 4499

**COUNSEL FOR DEFENDANT BROOKE SHIELDS**
WILLKIE FARR & GALLAGER LLP
2029 Century Park East, Los Angeles, CA90067-2905
Telephone:  310 855 3000
Facsimile:   319 855 3009

spalmer1@willkie.com
agarcia2@willkie.com
award@willkie.com
MaoLA@willkie.com

Date Filed: May 16, 2022.

_____

**Jennifer L M Sendzul**

Pro Se Litigant