# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:21-cv-06894-RGK-KS | Date | July 22, 2022 |
|---|---|---|---|
| Title | *Jennifer LM Sendzul v. Jay C Hoag et al* | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Joseph Remigio | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendant: |
| Not Present | | Not Present |

**Proceedings:** (IN CHAMBERS) Certification re Frivolous Appeal

Plaintiff filed a lawsuit that the Court ultimately dismissed on May 9, 2022. (*See* Order of Dismissal, ECF No. 131.) Before dismissing her case, the Court denied a motion to transfer the case. (*See* ECF No. 130.) Plaintiff appealed that order of denial. (*See* Notice of Appeal, ECF No. 134.) The Ninth Circuit then referred this matter back to this Court for the "limited purpose of determining whether in forma pauperis status should continue for this appeal or whether the appeal is frivolous or taken in bad faith." (Referral Notice, ECF No. 138.)

In forma pauperis status should be revoked if the district court certifies that the appeal is frivolous. *Hooker v. American Airlines*, 302 F.3d 1091, 1092 (9th Cir. 2002).

The Court finds that Plaintiff's appeal is frivolous. In the motion underlying her appeal, Plaintiff argued that this Court should be disqualified based on bias. She supported her argument with an affidavit asserting that a variety of this Court's rulings were wrong. The Court found without hesitation that "[a]dverse findings do not equate to bias" and subsequently denied the motion. (ECF No. 130 (quoting *United States v. Johnson*, 610 F.3d 1138, 1148 (9th Cir. 2010)).) The case law unequivocally supports this finding. *See, e.g., Pau v. Yosemite Park & Curry Co.*, 928 F.2d 880, 885 (9th Cir. 1991). Plaintiff's appeal challenging this denial lacks merit and is therefore frivolous.

**IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | jre/k |